IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHOK V. SHAH <br> P.O. Box 1182 <br> New Castle, Delaware 19720, <br><br>         Plaintiff, <br>      v. <br><br> BANK OF AMERICA <br> 300 N. Wakefield Drive <br> Newark, Delaware 19702, <br><br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF REMOVAL**

Defendant Bank of America ("Defendant"), by and through the undersigned counsel, hereby gives notice that this matter has been removed, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. The grounds for removal are as follows:

      1.      Defendant seeks removal of this case from the Superior Court of the State of Delaware in and for New Castle County (the "State Court"), where this matter is now pending under the name and style of <u>Ashok V. Shah v. Bank of America</u>, C.A. No. 07C-05-270CC (the "State Action").

      2.      Plaintiff instituted this action in the State Court on August 13, 2007. Defendant first obtained a copy of Plaintiff's filed Complaint on August 27, 2007.

      3.      No further proceedings in this matter have been had in the State Court. A copy of the Complaint and Summons are attached as Exhibit 1 pursuant to 28 U.S.C. § 1446(a).

DBO1: 2451537.1

4. In his Complaint, Plaintiff alleges that he was "terminated due to discrimination based on race, national origin." This allegation appears to be asserted under Title VII of the Civil Rights Act of 1964, as amended.

5. Plaintiff seeks lost salary in the amount of $1,440,000 and punitive damages in the amount of $3,000,000,000.

6. This Court has jurisdiction over this action under 28 U.S.C. § 1332, which provides in relevant part: "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between – (1) citizens of different states…." There is complete diversity of citizenship between Plaintiff and Defendant:

(a) Plaintiff is a resident of the State of Delaware;

(b) Defendant is a federally chartered national bank with its main office, as listed in its organization certificate, in Charlotte, North Carolina;

(c) For purposes of diversity jurisdiction, a national bank is located in the State in which its main office, as listed in its organization certificate, is located.  See Wachovia Bank, Nat'l Assoc. v. Schmidt, 546 U.S. 303  (2006). Thus, Defendant is a citizen of North Carolina;

(d) The amount in controversy requirement is satisfied by Plaintiff's demands.

7. To the extent Plaintiff is asserting any claims under state law, this Court has supplemental jurisdiction over said claims pursuant to 28 U.S.C. § 1367.

8. This Notice of Removal is being filed with this Court within 30 days of Defendant's receipt of the Complaint and is hereby timely filed pursuant to 28 U.S.C. § 1446(b).

9. Defendant has filed a true and correct copy of the Notice of Removal with the Superior Court of the State of Delaware in and for New Castle County. A copy of the Notice is attached hereto as Exhibit 2.

WHEREFORE, Defendant respectfully requests that this action now pending against it in the Superior Court of the State of Delaware in and for New Castle County, be removed therefrom to this Court and that this action be placed upon the docket of this Court for this Court for further proceedings, as though this action originally had been instituted in this Court.

Respectfully submitted,

*/s/ Sheldon N. Sandler*
Sheldon N. Sandler, Esquire (No. 245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, DE  19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
E-mail: ssandler@ycst.com

DATE:  September 17, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 17 2007, I caused a copy of the foregoing Notice of Removal to be served by United States Certified Mail, Return Receipt Requested, and by United States Mail, postage prepaid, on:

>Ashok V. Shah
>P.O. Box 1182
>New Castle, Delaware 19702
>*Plaintiff Pro Se*

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Sheldon N. Sandler*
>Sheldon N. Sandler, Esquire (No. 245)
>The Brandywine Building, 17th Floor
>1000 West Street, P.O. Box 391
>Wilmington, DE  19899-0391
>Telephone: (302) 571-6673
>Facsimile: (302) 576-3330
>E-mail: ssandler@ycst.com

# EXHIBIT 1

SUMMONS

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

ASHOK V. SHAH )
P.O. Box 1182 )
NEW CASTLE, DE -19720 ) C.A. No. 07C-05-270 WC
)
)
              Plaintiff, )
      v. )
) SUMMONS
BANK OF AMERICA )
300 N. WAKEFIELD DR. ) Legal Department
NEWARK, DE -19702 )
) AUG 27 2007
              Defendant. )

THE STATE OF DELAWARE,

TO THE SHERIFF OF NEW CASTLE COUNTY:

YOU ARE COMMANDED:

   To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon ASHOK V. SHAH whose address is P.O. Box 1182, NEW CASTLE, DE-19720, plaintiff's ~~attorney~~ an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

   To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: 8/13/07

SHARON AGNEW
PROTHONOTARY

/s/ Per Deputy

TO THE ABOVE NAMED DEFENDANT:

   In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's ~~attorney~~ named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW
PROTHONOTARY

/s/ Per Deputy

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:    N    K    S         CIVIL ACTION NUMBER: 07C-05-270 WCC

Civil Case Code: CMIS         Civil Case Type: CIVIL MISCELLANEOUS
(SEE REVERSE SIDE FOR CODE AND TYPE)         DISCRIMINATION

| Caption: | Name and Status of Party filing document: |
|---|---|
| Ashok V. Shah<br>P.O. Box 1182<br>New Castle, DE-19720<br>vs.<br>Bank of America<br>300 N. Wakefield Dr.<br>Newark, DE-19702 | Ashok V. Shah, Plaintiff<br>Myself filing law suit<br>Complaint: Discrimination<br>Right to Sue, Letter of Dept. of Labor<br>Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>Non-Arbitration X         eFile __<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration __ Mediation __ Neutral Assessment __<br>DEFENDANT (CIRCLE ONE)  ACCEPT  REJECT<br>JURY DEMAND  YES ___  NO X<br><br>TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)<br>**EXPEDITED    STANDARD    COMPLEX** |
| ATTORNEY NAME(S): Plaintiff Self-Representing Ashok V. Shah<br>ATTORNEY ID(S): SELF REPRESENTING<br>FIRM NAME: SELF REPRESENTING Ashok V. Shah<br>ADDRESS: P.O. Box 1182 New Castle, DE-19720<br>TELEPHONE NUMBER: (302)-369-3657<br>FAX NUMBER:<br>E-MAIL ADDRESS: sashokv@aol.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br>EXPLAIN THE RELATIONSHIP(S):<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br>Bank of America, Discrimination took place on 12.04.2006 Dishonest & Bad Faith Accusation by the Bank employee (previously MBN employee) "The harassment Reported to Police"<br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 9/2003

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)
## INSTRUCTIONS

### CIVIL CASE TYPE
Please select the appropriate civil case code and case type (e.g., **CODE - AADM** and **TYPE - Administrative Agency**) from the l below. Enter this information in the designated spaces on the Case Information Statement.

**APPEALS**
AADM- Administrative Agency
ACER - Certiorari
ACCP - Court of Common Pleas
AIAB - Industrial Accident Board
APSC - Public Service Commission
AUIB - Unemployment Insurance Appeal Board

**COMPLAINTS**
CASB - Asbestos
CAAA - Auto Arb Appeal *
CBEN - Benzene Cases *
CMIS - Civil Miscellaneous
CACT - Class Action
CCON - Condemnation
CDBT - Debt/Breach of Contract *
CDEJ - Declaratory Judgment
CDEF - Defamation *
CEJM - Ejectment
CATT - Foreign & Domestic Attachment
CFJG - Foreign Judgment *
CFRD - Fraud Enforcement
CINT - Interpleader
CLEM - Lemon Law *
CLIB - Libel *
CMAL - Malpractice *
CPIN - Personal Injury *
CPIA - Personal Injury Auto *
CPRL - Products Liability *
CPRD - Property Damage *
CRPV - Replevin
CSER - Seroquel Cases *
CSBI - Silicone Breast Implant
CSPD - Summary Proceedings Dispute
CTAX - Tax Appeal
CCCP - Transfer from CCP*
CCHA - Transfer from Chancery *

**INVOLUNTARY COMMITMENTS**
INVC- Involuntary Commitment

**MISCELLANEOUS**
MAFF - Application for Forfeiture
MAAT - Appointment of Attorney
MGAR - Appointment of Guardianship
MCED - Cease and Desist Order
MCON - Civil Contempt/Capias
MCVP - Civil Penalty
MSOJ - Compel Satisfaction of Judgment
MCRO - Complaint Requesting Order
MCTO - Consent Order
MIND - Destruction of Indicia of Arrest
MHAC - Habeas Corpus
MTOX - Hazardous Substance Cleanup
MFOR - Intercept of Forfeited Money
MISS - Issuance of Subpoena/Material Witness
MMAN - Mandamus
MOUT - Out of State Deposition
MROP - Petition for Return of Property
MROD - Road Resolution
MSAM - Satisfy Mortgage
MSEL - Sell Real Estate for Property Tax
MSEM - Set Aside Satisfaction of Mortgage
MSSS - Set Aside Sheriff's Sale
MSET - Structured Settlement
MTAX - Tax Ditches
MREF - Tax Intercept
MLAG - Tax Lagoons
MVAC - Vacate Public Road
MPOS - Writ of Possession
MPRO - Writ of Prohibition

**MORTGAGES**
MORT - Mortgage

**MECHANICS LIENS**
LIEN - Mechanics Lien *

### * Case types subject to Rule 16.1 - Alternative Dispute Resolution

#### DUTY OF THE PLAINTIFF
Each plaintiff/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the complaint.

#### DUTY OF THE DEFENDANT
Each defendant/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the answer and/or first responsive pleading.

Revised 2/2006

COMPLAINT

Ashok V. Shah
P.O.Box 1182
New Castle, DE-19720
Phone: Home (302) 369-3657
E-MAIL: sashokv@aol.com

07C-05-270 WCC

VS. BANK OF AMERICA
300 N. WAKEFIELD DR
Newark, DE-19762

05/23/2007

TO WHOMSOEVER IT MAY IT MAY CONCERN

I STARTED WORKING FOR BANK OF AMERICA ON 12/04/2006 AS TEMPORARY EMPLOYEE THROUGH ADECCO AT THEIR CLIENT BANK OF AMERICA. I WAS TERMINATED ON 12/04/2006 BY MY SUPERVISOR AT THE BANK.

I WAS TERMINATED DUE TO DISCRIMINATION BASED ON RACE, NATIONAL ORIGIN. I FILED THE CHARGES OF DISCRIMINATION AGAINST BANK OF AMERICA ON JAN 08, 2007,
CASE NO. 07010006W. FOR THIS I RECEIVED FINAL DETERMINATION AND RIGHT TO SUE ON 02/28/2007.

I AM U.S. CITIZEN. DUE TO THE DISCRIMINATION I LOST SALARY FOR ANOTHER 18 YEARS, ASSUMING THE RETIRING AGE OF 70 YEARS. $ 1,440,000 (ONE MILLION FOUR HUNDRED FORTY THOUSAND U.S. DOLLARS), i.e. 18 years multiply by $80,000.00.

I BELIEVE PENALTY FOR THIS DISCRIMINATION SHOULD AT LEAST $3,000,000,000 (THREE BILLION U.S. DOLLARS).

MY OCCUPATION IS ACCOUNTANT; I AM CHARTERED ACCOUNTANT FROM INDIA & CERTIFIED FINANCIAL CONSULTANT U.S.A. & CANADA.

GOD BLESS U.S.A.

THANK YOU.

SINCERELY,

*[signature]*

ASHOK V. SHAH

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>0701000(o(w)<br>17C-2007-00284 |
|---|---|---|

**Delaware Department of Labor** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Mr. Ashok V. Shah** | Home Phone (Incl. Area Code)<br>(302) 369-3657 | Date of Birth<br>08-08-1954 |
|---|---|---|

Street Address: **P.O. Box 1182 New Castle, DE 19720**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**BANK OF AMERICA** | No. Employees, Members<br>101 - 200 | Phone No. (Include Area Code)<br>(302) 266-5600 |
|---|---|---|

Street Address: **300 N. Wakefield Dr., Newark, DE 19702**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address:

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **12-04-2006**   Latest: **12-04-2006**
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**Jurisdiction:** Charging Party was employed at Respondent's Delaware facility as a Accountant since 12/4/06

**Charging Party's protected class:** , National Origin ( India)

**Adverse employment action:** Discharge

**Brief statement of allegations:** Charging Party states that based on national origin he was discharged. Specifically, Charging Party states he arrived at work 12/4/06 and began his work day. Charging Party, states that he was contacted by Respondent's supervisor (Michele Durso) 11:44am and advised that he was to contact HR. Charging Party states that once he contacted HR (Lisa Pisano) he was told that because of a bad reference he was not eligible to work for Bank of America and was being discharged. Charging Party states that Respondent's reason for his discharge was a pretext. Charging Party states that after checking with Office Supervisor (Yamaris Esquillin) at Olsten Staffing services he found that he had no bad reference status with them. Charging Party states that ultimately, based on national origin he was after working for approx 4 hours discharged by the Respondent.

**Respondent's explanation:** Charging Party was discharged because of bad reference

**Applicable law(s):** Title VII of the Civil Rights Act, as amended; Delaware Discrimination in Employment Act, as amended

**Comparators(s) or other specific reason(s) for alleging discrimination:** Charging Party alleges that based on national origin he was discriminated against when he was treated different by the Respondent and discharged.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jan 08, 2007
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION PROGRAM**

Ashok V. Shah
P.O. Box 1182
New Castle, DE 19720

Case No. 07010006W

vs.

BANK OF AMERICA
300 N. Wakefield Dr.,
Newark, DE 19702

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*No-Cause Determination and Dismissal with Corresponding Right to Sue Notice.*

In this case, the Department has completed its investigation and found that there is no reasonable cause to believe that an unlawful employment practice has occurred. The Department hereby issues a No-Cause Determination and Dismissal and provides the Charging Party with a Delaware Right to Sue Notice.

*In this Charge of Discrimination, the Charging Party bears the burden to prove his allegations by a preponderance of the evidence. Here he alleges the Respondent discriminated against him because of his National Origin (India) when he was terminated. The Respondent denies these allegations. They state the Charging Party worked for an agency that provided contract employees for the Respondent. They contend while the Charging Party provided similar services to them on an earlier assignment, he harassed another of the Respondent's employees. To this extent, the Respondent has provided evidence of these previous issues with the Charging Party. The Respondent states their decision to discharge the Charging Party was based solely on these earlier incidents and had nothing to do with his National Origin. The Charging Party was advised of this Agency's preliminary determination in this matter and was afforded the opportunity to respond. The information he submitted in response tended to support the Respondent's claim regarding Charging Party's inappropriate conduct. Based on the foregoing, the Charging Party has failed to meet his evidentiary burden. Accordingly, this No Cause Determination follows.*

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Program.

_____2/28/07_____                    _____[signature]_____
Date issued                              Julie Klein Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C_DDOL_C-12-NC - No Cause Determ_DOC: 3/06

## NOTICE OF DELAWARE RIGHTS

*The Department of Labor Discrimination Unit provides the following excerpt from 19 Del. C. § 710, et seq. as information regarding the Delaware Right to Sue Notice. If you need legal advice, please seek your own legal counsel.*

**§ 714. Civil action by the Charging Party; Delaware Right to Sue Notice; election of remedies.**

(a) A Charging Party may file a civil action in Superior Court, after exhausting the administrative remedies provided herein and receipt of a Delaware Right to Sue Notice acknowledging same.

(b) The Delaware Right to Sue Notice shall include authorization for the Charging Party to bring a civil action under this Chapter in Superior Court by instituting suit within ninety (90) days of its receipt or within ninety (90) days of receipt of a Federal Right to Sue Notice, whichever is later.

(c) The Charging Party shall elect a Delaware or federal forum to prosecute the employment discrimination cause of action so as to avoid unnecessary costs, delays and duplicative litigation. A Charging Party is barred by this election of remedies from filing cases in both Superior Court and the federal forum. If the Charging Party files in Superior Court and in a federal forum, the Respondent may file an application to dismiss the Superior Court action under this election of remedies provision.

## NOTICE OF FEDERAL RIGHTS

1. If your case was also filed under federal law and resulted in a "No Cause" finding, you have additional appeal rights with the Equal Employment Opportunity Commission. Under Section 1601.76 of EEOC's regulations, you are entitled to request that EEOC perform a Substantial Weight Review of the DDOL's final finding. To obtain this review, you must request it by writing to EEOC within *15 days of your receipt* of DDOL's final finding in your case. Otherwise, EEOC will generally adopt the DDOL's findings.

2. If your case was also filed under federal law, you have the right to request a federal Right to Sue Notice from the EEOC. To obtain such a federal Right to Sue Notice, you must make a written request directly to EEOC at the address shown below. Upon its receipt, EEOC will issue you a Notice of Right to Sue and you will have ninety (90) days to file suit. The issuance of a Notice of Right to Sue will normally result in EEOC terminating all further processing.

3. Requests to the EEOC should be sent to:

   Equal Employment Opportunity Commission
   The Bourse, Suite 400
   21 S. Fifth Street
   Philadelphia, PA 19106-2515

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C_DDOL_C-13 Notice of Rights_DOC : 3/06

# EXHIBIT

# 2

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| ASHOK V. SHAH<br>P.O. Box 1182<br>New Castle, Delaware 19720, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | C.A. No. 07C-05-270 WCC |
| v. | )<br>) | |
| BANK OF AMERICA<br>300 N. Wakefield Drive<br>Newark, Delaware 19702, | )<br>)<br>)<br>) | |
| Defendant. | )<br>) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant has removed the above-captioned action to the United States District Court for the District of Delaware. A copy of the Notice of Removal filed with the United States District Court for the District of Delaware on September 17, 2007, is attached as Exhibit 1. Service of this Notice effects removal; the federal statute requires that the State Court proceed no further unless and until the case is remanded. 28 U.S.C. § 1446(d); Resolution Trust Corp. v. Bayside Developers, 43 F.3d 1230, 1238 (4th Cir. 1994) ("Thus the clear language of the general removal statute provides that the state court loses jurisdiction upon the filing of the petition of removal.").

{Signature contained on the following page}

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    */s/ Sheldon N. Sandler*
                                    Sheldon N. Sandler, Esquire (No. 245)
                                    The Brandywine Building, 17th Floor
                                    1000 West Street, P.O. Box 391
                                    Wilmington, DE  19899-0391
                                    Telephone: (302) 571-6673
                                    Facsimile: (302) 576-3330
                                    E-mail: ssandler@ycst.com

DATE:  September 17, 2007

## CERTIFICATE OF SERVICE

I hereby certify that, on September 17 2007, I caused a copy of the foregoing Notice of Filing of Notice of Removal to be served by United States Certified Mail, Return Receipt Requested, and by United States Mail, postage prepaid, on:

> Ashok V. Shah
> P.O. Box 1182
> New Castle, Delaware 19702
> *Plaintiff Pro Se*

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Sheldon N. Sandler*
> Sheldon N. Sandler, Esquire (No. 245)
> The Brandywine Building, 17th Floor
> 1000 West Street, P.O. Box 391
> Wilmington, DE  19899-0391
> Telephone: (302) 571-6673
> Facsimile: (302) 576-3330
> E-mail: ssandler@ycst.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Ashok V. Shah

### DEFENDANTS
Bank of America

(b) County Of Residence Of First Listed Plaintiff: New Castle County
(Except In U.S. Plaintiff Cases)

County Of Residence Of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorneys (Firm Name, Address, And Telephone Number)
Plaintiff Pro Se
Ashok V. Shah
P.O. Box 1182
New Castle, DE 19720

Attorneys (If Known)
Sheldon N. Sandler (Bar I.D. 0245)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, P. O. Box 391
Wilmington, DE 19801
Attorneys for Defendant

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ¨ 1 U.S. Government Plaintiff
- ¨ 2 U.S. Government Defendant
- ¨ 3 Federal Question (U.S. Government Not a Party)
- ü 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place An X In One Box For Plaintiff And One Box For Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | Ü 1 | ¤ 1 | Incorporated or Principal Place of Business in This State | ¤ 4 | Ü 4 |
| Citizen of Another State | ¤ 2 | ¤ 2 | Incorporated and Principal Place of Business in This State | ¤ 5 | ¤ 5 |
| Citizen or Subject of a Foreign Country | ¤ 3 | ¤ 3 | Foreign Nation | ¤ 6 | ¤ 6 |

## V. NATURE OF SUIT (Place An X In One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ¨ 110 Insurance<br>¨ 120 Marine<br>¨ 130 Miller Act<br>¨ 140 Negotiable Instrument<br>¨ 150 Recovery of Overpayment & Enforcement of Judgment<br>¨ 151 Medicare Act<br>¨ 152 Recovery of Defaulted (Excl. Veterans)<br>¨ 153 Recovery of Overpayment of Veteran's Benefits<br>¨ 160 Stockholders' Suits<br>¨ 190 Other Contract<br>¨ 195 Contract Product Liability | **PERSONAL INJURY**<br>¨ 310 Airplane<br>¨ 315 Airplane Product Liability<br>¨ 320 Assault, Libel & Slander<br>¨ 330 Federal Employers Liability<br>¨ 340 Marine<br>¨ 345 Marine Product Liability<br>¨ 350 Motor Vehicle<br>¨ 355 Motor Vehicle Product Liability<br>¨ 360 Other Personal Injury | **PERSONAL INJURY**<br>¨ 362 Personal Injury - Med Malpractice<br>¨ 365 Personal Injury - Product Liability<br>¨ 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL ROPERTY**<br>¨ 370 Other Fraud<br>¨ 371 Truth in Lending<br>¨ 380 Other Personal Property Damage<br>¨ 385 Property Damage Product Liability | ¨ 610 Agriculture<br>¨ 620 Other Food & Drug<br>¨ 625 Drug Related Seizure of Property 21 U.S.C. 881<br>¨ 630 Liquor Laws<br>¨ 640 R R & Truck<br>¨ 650 Airline Regs<br>¨ 660 Occupational Safety/Health<br>¨ 690 Other<br><br>**LABOR**<br>¨ 710 Fair Labor Standards Act<br>¨ 720 Labor/Mgmt. Relations<br>¨ 730 Labor/Mgmt. Reporting & Disclosure Act<br>¨ 740 Railway Labor Act<br>¨ 790 Other Labor Litigation<br>¨ 791 Empl Ret Inc Security Act | ¨ 422 Appeal 28 U.S.C. 158<br>¨ 423 Withdrawal 28 U.S.C. 157<br><br>**PROPERTY RIGHTS**<br>¨ 820 Copyrights<br>¨ 830 Patent<br>¨ 840 Trademark<br><br>**SOCIAL SECURITY**<br>¨ 861 HIA (1395ff)<br>¨ 862 Black Lung (923)<br>¨ 863 DIWC/DIWW (405(g))<br>¨ 864 SSID Title XVI<br>¨ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>¨ 870 Taxes (U.S. Plaintiff or Defendant)<br>¨ 871 IRS - Third Party 26 U.S.C. 7609 | ¨ 400 State Reapportionment<br>¨ 410 Antitrust<br>¨ 430 Banks and Banking<br>¨ 450 Commerce/ICC Rates, etc.<br>¨ 460 Deportation<br>¨ 470 Racketeer Influenced and Corrupt Organizations<br>¨ 810 Selective Service<br>¨ 850 Securities/Commodities/ Exchange<br>¨ 875 Customer Challenge 12 U.S.C. 3410<br>¨ 891 Agricultural Acts<br>¨ 892 Economic Stabilization Act<br>¨ 893 Environmental Matters<br>¨ 894 Energy Allocation Act<br>¨ 895 Freedom of Information Act<br>¨ 900 Appeal of Fee Determination Under Equal Access to Justice<br>¨ 950 Constitutionality of State Statutes<br>× 890 Other Statutory Actions |
| **REAL PROPERTY**<br>¨ 210 Land Condemnation<br>¨ 220 Foreclosure<br>¨ 230 Rent Lease & Ejectment<br>¨ 240 Torts to Land<br>¨ 245 Tort Product Liability<br>¨ 290 All Other Real Property | **CIVIL RIGHTS**<br>¨ 441 Voting<br>Ü 442 Employment<br>¨ 443 Housing/ Accommodations<br>¨ 444 Welfare<br>¨ 440 Other Civil Rights | **PRISONER PETITIONS**<br>¨ 510 Motions to Vacate Sentence Habeas Corpus<br>¨ 530 General<br>¨ 535 Death Penalty<br>¨ 540 Mandamus & Other<br>¨ 550 Civil Rights<br>¨ 555 Prison Condition | | | |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

¨ 1 Original Proceeding    ü 2 Removed from Court    ¨ 3 Remanded from Appellate Court    ¨ 4 Reinstated or Reopened    ¨ 5 Transferred from another district (specify)    ¨ 6 Multidistrict Litigation    ¨ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTSE UNLESS DIVERSITY.)

Plaintiff alleges he was "terminated due to discrimination based on race, national origin." This allegation appears to be asserted under Title VII of the Civil Rights Act of 1964, as amended.

## VII. REQUESTED IN COMPLAINT:
¨ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    ¨ YES ü NO    DEMAND $ 1,440,000 + $3,000,000,000 in damages
Check YES only if demanded in complaint

**JURY DEMAND**: ¨ YES ü NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE:    DOCKET NUMBER:

DATE September 17, 2007    SIGNATURE OF ATTORNEY OF RECORD: /s/ Sheldon N. Sandler

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.  (a) **Plaintiffs - Defendants**. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence**. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) **Attorneys**. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)."

II. **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties**. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause.

V. **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C. Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

VII. **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases**. This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ____07-554____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

____9/17/07____  
(Date forms issued)

_Jonathan Durandetta_ (signature)  
(Signature of Party or their Representative)

_Jon Durandetta_  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action