IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHOK V. SHAH,                     )<br>                                                )<br>      Plaintiff,                )<br>                                                  )<br>    v.                          )<br>                                                  )<br>BANK OF AMERICA,        )<br>                                                  )<br>      Defendant.             ) | Case No.: 07-554-SLR |

PENDING MATTERS STATUS REPORT

       Pursuant to Local Rule 81.2, Defendant Bank of America submits the following status report:

       On September 17, 2007, this case was removed from the Delaware Superior Court to the United States District Court for the District of Delaware. (D.I. 1). An Answer to the Complaint was filed on September 24, 2007. (D.I. 3). There are no other matters currently pending.

       Defendant requests that the Court schedule a Rule 16(b) Scheduling Conference in accordance with the Federal and Local Rules. Defendant will contact the *pro se* Plaintiff, Ashok V. Shah, prior to the Conference to discuss pretrial management issues, including the possibility of settlement.

[Signature on following page]

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ Margaret M. DiBianca, Esquire*
                Sheldon N. Sandler, Esquire (No. 245)
                Margaret M. DiBianca, Esquire (No. 4539)
                The Brandywine Building, 17th Floor
                1000 West Street
                P.O. Box 391
                Wilmington, DE 19899-0391
                Telephone: (302) 571-5008
                Facsimile: (302) 576-3476
                Email: mdibianca@ycst.com

Dated: October 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, a copy of the foregoing Pending Matter Status Report was served by United States Certified Return Receipt Requested and First Class Mail, postage pre-paid, on Plaintiff *pro se*:

>Ashok V. Shah
>P.O. Box 1182
>New Castle, DE 19702

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Margaret M. DiBianca, Esquire*
>Sheldon N. Sandler, Esquire (No. 245)
>Margaret M. DiBianca, Esquire (No. 4539)
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-5008
>Facsimile: (302) 576-3476
>Email: mdibianca@ycst.com

Dated:  October 5, 2007