IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHOK V. SHAH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 07-554-SLR |
| BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Elena D. Marcuss, Esquire to represent Defendant in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Margaret M. DiBianca*
Sheldon N. Sandler (I.D. No. 245)
Margaret M. DiBianca (I.D. No. 4539
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Telephone: (302) 571-6673; 571-5008
Facsimile: (302) 576-3330; 576-3476
Email: ssandler@ycst.com; mdibianca@ycst.com
Attorneys for Defendant

Dated: October 5, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2007   _____
United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Maryland. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*Elena D. Marcuss*
Elena D. Marcuss, Esquire
McGuire Woods LLP
7 Saint Paul Street, Suite 1000
Baltimore, MD  21202
(410) 659-4454

Dated: September 19, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2007, a copy of the foregoing Motion and Order for Admission *Pro Hac Vice* and Certification was served by United States Certified Return Receipt Requested and First Class Mail, postage pre-paid, on Plaintiff *pro se*:

> Ashok V. Shah
> P.O. Box 1182
> New Castle, DE 19702

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca, Esquire*
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com

Dated: October 5, 2007