## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

October 5, 2007

Mr. Ashok Shah
P.O. Box 1182
New Castle, DE 19720

Sheldon N. Sandler, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

<u>Re: Ashok Shah v. Bank of America; Civ. No. 07-554-SLR</u>

Dear Mr. Shah and Mr. Sandler:

Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.1. On or before **November 5, 2007**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

Cordially,

Sue L. Robinson

SUE L. ROBINSON

SLR/rd
Enclosure
cc: Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHOK SHAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-554-SLR |
| | ) | |
| BANK OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this      day of November, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **December 5, 2007.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **April 4, 2008.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **May 5, 2008.** Answering briefs and affidavits, if any, shall be filed on or

before **May 19, 2008.** Reply briefs shall be filed on or before **May 26, 2008.**

_____
United States District Judge

2