IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHOK V. SHAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 07-554-SLR |
| BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

PLEASE ENTER the appearance of Margaret M. DiBianca, Esquire, as attorney for Defendant Bank of America.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca, Esquire*
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
Email: mdibianca@ycst.com

Dated: October 11, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2007, a copy of the foregoing **Entry of Appearance** was served by United States Mail, postage pre-paid, on Plaintiff *pro se*:

>Ashok V. Shah
>P.O. Box 1182
>New Castle, DE 19702

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Margaret M. DiBianca, Esquire*
>Sheldon N. Sandler, Esquire (No. 245)
>Margaret M. DiBianca, Esquire (No. 4539)
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-5008
>Facsimile: (302) 576-3476
>Email: mdibianca@ycst.com