# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | | JOSEPH M. BARRY | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | ROBERT S. BRADY | | SEAN M. BEACH | ANDREW A. LUNDGREN |
| RICHARD A. LEVINE | JOEL A. WAITE | | SANJAY BHATNAGAR | MATTHEW B. LUNN |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | | MICHELE SHERRETTA BUDICAK | KATHALEEN MCCORMICK |
| RICHARD H. MORSE | CRAIG D. GREAR | | JEFFREY T. CASTELLANO | MICHAEL W. MCDERMOTT |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | | KARA HAMMOND COYLE | TAMMY L. MERCER |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | | KRISTEN SALVATORE DEPALMA | MARIBETH L. MINELLA |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | | MARGARET M. DIBIANCA | EDMON L. MORTON |
| BARRY M. WILLOUGHBY | C. BARR FLINN | | MARY F. DUGAN | D. FON MUTTAMARA-WALKER |
| JOSY W. INGERSOLL | NATALIE WOLF | | ERIN EDWARDS | JENNIFER R. NOEL |
| ANTHONY G. FLYNN | LISA B. GOODMAN | | KENNETH J. ENOS | ADAM W. POFF |
| JEROME K. GROSSMAN | JOHN W. SHAW | | IAN S. FREDERICKS | SETH J. REIDENBERG |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | | JAMES J. GALLAGHER | SARA BETH A. REYBURN |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | | SEAN T. GREECHER | CHERYL A. SANTANIELLO |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | | STEPHANIE L. HANSEN | (NJ & PA ONLY) |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | | PATRICK A. JACKSON | MONTÉ T. SQUIRE |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | | DAWN M. JONES | MICHAEL P. STAFFORD |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | | KAREN E. KELLER | CHAD S.C. STOVER |
| WILLIAM W. BOWSER | JOHN T. DORSEY | | JENNIFER M. KINKUS | JOHN E. TRACEY |
| LARRY J. TARABICOS | M. BLAKE CLEARY | | EDWARD J. KOSMOWSKI | TRAVIS N. TURNER |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | | JOHN C. KUFFEL | MARGARET B. WHITEMAN |
| MELANIE K. SHARP | DANIELLE GIBBS | | | SHARON M. ZIEG |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | | SPECIAL COUNSEL | |
| RICHARD J.A. POPPER | NORMAN M. POWELL | | JOHN D. MCLAUGHLIN, JR. | SENIOR COUNSEL |
| TERESA A. CHEEK | ELENA C. NORMAN | | KAREN L. PASCALE | CURTIS J. CROWTHER |
| NEILLI MULLEN WALSH | | | PATRICIA A. WIDDOSS | |
| | | | | OF COUNSEL |
| | | | | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-5008
DIRECT FAX: (302) 576-3476
mdibianca@ycst.com

October 22, 2007

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
Lockbox 31
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801

      Re:    Ashok Shah v. Bank of America; Civ. No. 07-554-SLR

Dear Judge Robinson:

      This letter is in response to the Court's Letter to the parties, dated October 5, 2007, (D.I. 6), regarding a proposed scheduling order in the above-referenced matter. Defendant Bank of America respectfully proposes the following changes:

      1.    **Initial Disclosures**. Defendant respectfully requests that a deadline be set for exchange of initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure. Defendant offers November 27, 2007, as a proposed date.

      2.    **Discovery**. Defendant respectfully requests that the discovery period be reduced. Defendant believes that minimal discovery will be required. Defendant offers February 4, 2008, as a proposed discovery cut-off date.

      3.    **Summary Judgment Motions**. Defendant respectfully requests that the parties be provided additional time to prepare summary judgment motions and responses. Defendant offers March 7, 2008, as the proposed deadline for Opening briefs and affidavits,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Sue L. Robinson
October 22, 2007
Page 2

March 21, 2008, as the proposed deadline for Answering briefs and affidavits, and April 4, 2008, as the proposed deadline for Reply briefs and affidavits, if any.

> Respectfully Submitted,
>
> *[signature]*
>
> Margaret M. DiBianca  (No. 4539)

MMD:y

cc:   Ashok Shah, Plaintiff *Pro Se* (via U.S. Mail Certified with Return Receipt Requested)