IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHOK SHAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-554-SLR |
| | ) |
| BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this ___ day of November, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **January 31, 2008.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **April 4, 2008.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **May 5, 2008.** Answering briefs and affidavits, if any, shall be filed on or before **May 19, 2008.** Reply briefs shall be filed on or before **May 26, 2008.**

_____
United States District Judge

2