IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASHOK V. SHAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 07-554-SLR |
| | ) | |
| BANK OF AMERICA, | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)

In accordance with Rule 26(a) of the Federal Rules of Civil Procedure, Defendant Bank of America ("Bank of America"), by its attorneys, makes these initial disclosures.

## RESERVATIONS

1.     Defendant's identification of categories of documents does not constitute a representation or implied representation that any particular document exists within Defendant's possession, custody, or control.

2.     Defendant's initial disclosures are made without waiver of, or prejudice to, any objections Defendant may have.  Defendant expressly reserves all objections, including but not limited to: (a) relevance; (b) attorney-client privilege; (c) work-product protection; (d) any other applicable privilege or protection under federal or state law; (e) undue burden; (f) materiality; (g) overbreadth; (h) the admissibility in evidence of these initial disclosures or the subject matter thereof; and (i) producing documents containing information disclosed or transmitted to any state or federal agency, to the extent such information is confidential and not required to be disclosed under applicable law.  All objections are expressly preserved, as is Defendant's right to move for a protective order.  Defendant reserves the right to retract any

inadvertent disclosures of information or documents that are protected by the attorney-client privilege, the work product doctrine or any other applicable protection.

3.       Defendant has not completed its investigation of this case and reserves the right to clarify, amend, modify, or supplement the information contained in these initial disclosures if and when it obtains supplemental information, to the extent required by the Federal Rules of Civil Procedure.

4.       Defendant's initial disclosures are made subject to and without limiting any of the foregoing.

## INITIAL DISCLOSURES

**1.       The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.  [Fed. R. Civ. P. 26(a)(1)(A)]**

The following persons are likely to have knowledge as indicated.  Each of the following individuals may be contacted through Defendant's counsel:

- Dawn Weaver, Group Operations Manager, is likely  knowledge regarding the day in late 2006 when Plaintiff was assigned to Defendant by Adecco and knowledge concerning the allegations of Plaintiff's Complaint generally.

- Wendy Lindsey, Manager, is likely to have knowledge regarding the day in late 2006 when Plaintiff was assigned to Defendant by Adecco and knowledge concerning the allegations of Plaintiff's Complaint generally.

- Linda Durso, Operations Manager, is likely to have knowledge regarding the day in late 2006 when Plaintiff was assigned to Defendant by Adecco and knowledge concerning the allegations of Plaintiff's Complaint generally.

- Nancy Pingitore Weeks, Account Specialist, is likely to have knowledge of interactions with Plaintiff from 1999 to the present and knowledge concerning the allegations of Plaintiff's Complaint generally.

- Peggy Keen, Accounting Specialist, is likely to have knowledge regarding the day in late 2006 when Plaintiff was assigned to Defendant by Adecco

and knowledge concerning the allegations of Plaintiff's Complaint generally.

- Other current and former employees of Bank of America, N.A. and/or its subsidiaries and Adecco that may be identified during discovery.

**2.     A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.  [Fed. R. Civ. P. 26(a)(1)(B)]**

Defendant identifies the following category of documents, which can be made available for review and reproduction at the offices of Young Conaway Stargatt & Taylor LLP:

- Documents related to the report to MBNA Protective Services regarding Plaintiff.

**3.     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered. [Fed. R. Civ. P. 26(a)(1)(C)]**

Defendant claims no damages at this time.  Defendant expressly reserves the right to claim damages relating to this proceeding if information later becomes available indicating that there may be a claim for damages.  Defendant further reserves the right to make application for attorneys' fees and costs as appropriate.

**4.     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment. [Fed. R. Civ. P. 26(a)(1)(D)]**

None applicable.

[Continued on the following page]

3

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca*
Sheldon S. Sandler, Esquire (No. 0245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
E-mail:  mdibianca@ycst.com

and

Elena D. Marcuss, Esquire
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, MD  21202
Telephone:  (410) 659-4400
Facsimile:  (410) 659-4547
E-mail:  emarcuss@mcguirewoods.com
Admitted *pro hac vice*

*Attorneys for Defendant*

Dated:  January 10, 2008

4

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, hereby certify that on January 10, 2008, a copy

of the foregoing **Defendant's Initial Disclosures Pursuant to Federal Rule of Civil**

**Procedure 26(a)** was served by United States Mail, certified mail return receipt

requested, and United States Mail First Class, on Plaintiff *Pro Se*:

> Ashok V. Shah
> P.O. Box 1182
> New Castle, DE 19702

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca*
Sheldon S. Sandler, Esquire (No. 0245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
E-mail:  mdibianca@ycst.com