IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHOK V. SHAH,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA,<br><br>          Defendant. | Case No.: 07-554-SLR |

## NOTICE OF VIDEOTAPED DEPOSITION

Pursuant to Fed. R. Civ. P. 30, Defendant will take the deposition of Ashok Shah on February 21, 2008, beginning at 10 a.m. in the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19899.  The deposition will be taken before a notary public or other person duly authorized to administer oaths and be recorded by court reporter and by videotape.  The deposition will continue from day to day until completed.

/s/ Margaret M. DiBianca, Esq.
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca , Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391
Telephone: (302) 571-5008
Facsimile:  (302) 576-3476
E-mail:  mdibianca@ycst.com
*Attorneys for Defendant*

Dated: February 11, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that this the 11th day of February, 2008, a copy of the Notice of Videotaped Deposition was served by Certified Mail, Return Receipt Requested, on Plaintiff pro se:

> Ashok V. Shah
> P.O. Box 1182
> New Castle, Delaware 19720

/s/ Margaret M. DiBianca
Margaret M. DiBianca, Esq.

\5059559.1