IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHOK V. SHAH, | ) |
|             Plaintiff, | ) |
| v. | ) C.A. No. 07-554-SLR |
| BANK OF AMERICA, | ) |
|             Defendant. | ) |

**NOTICE OF SERVICE**

I, Margaret M. DiBianca, Esquire, do hereby certify that on February 29, 2008, I caused to be mailed two (2) copies of **Defendant's First Request for Production of Documents From Plaintiff** via U.S. First Class mail, postage pre-paid, to the following plaintiff *pro se*:

> Ashok V. Shah
> P.O. Box 1182
> New Castle, Delaware 19720

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret M. DiBianca*
---
Sheldon N. Sandler, Esq. (Bar I.D. 245)
Margaret M. DiBianca, Esq. (Bar I.D. 4539)
1000 West Street
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
E-mail: mdibianca@ycst.com

*Attorneys for Defendant*