COPY

| | |
|---|---|
| ASHOK V. SHAH, | ) |
|       Plaintiff | ) |
| | ) |
| v. | ) Civil case # 1:07-cv-00554-SLR |
| | ) |
| BANK OF AMERICA, | ) |
|       Defendant | ) |

04/04/2008

SUE L. ROBINSON, ESQ
UNITED STATES DISTRICT COURT
    DISTRICT OF DELAWARE
844 KING STREET
U.S. COURT HOUSE
WILMINGTON, DE-19801

Hon'ble Judge:
    Re: Extension of Time for Discovery, Request for production of
        Documents from the Defendant.

I hereby respectfully request you to extend the time limit for Discovery and
Request for production of Documents, property and Interrogatories.

I am broke beyond the limits. I don't have money for Food, Gas, rent & utilities,
Medicines for dependant handipap diable person.
I don't have money to prepare, mail interrogatories, request production of documents
from the defendant. I don't have money to hire Lawyer.

I WANT TO GO FOR TRIAL FOR THIS CASE.

Thank you.

Sincerely,

*[signature]*

ASHOK V. SHAH

2008 APR -4 AM 10:05
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

```
ASHOK V. SHAH,                )
            Plaintiff         )
                              )
v.                            )  Civil case # 1:07-cv-00554-SLR
                              )
BANK OF AMERICA,              )
            Defendant         )
```

**CERTIFICATE OF SERVICE**

I hereby certify that this the 04th April 2008, true copy of the foregoing EXTENSION OF TIME FOR DISCOVERY AND PRODUCTION OF DOCUMENTS FROM THE DEFENDANT
Were served upon the Lawyer of the Defendant by U.S. Mail, postage prepaid
At the address set forth below:

MARGARET M. DIBIANCA, ESQ
YOUNG CONAWAY STARGATT & TAYLOR, LLP
THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE-19801

*/s/ Ashok*

ASHOK V. SHAH
P.O. BOX 1182
NEW CASTLE, DE-19720