

**IN THE UNITED STATES OF DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ASHOK V. SHAH,                          )
       Plaintiff          )
                              )
V.                                      )   Civ. No. 07-554-SLR
                              )
BANK OF AMERICA,                        )
       Defendant          )

04/04/2008

**BY FIRST CLASS MAIL**

Margaret M. Dibianca,Esq
YOUNG CONAWAY STARGATT & TAYLOR,LLP
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE-19801

Dear Madam:

      Re: ASHOK V. SHAH v BANK OF AMERICA
        Civil Case No. 07-554-SLR

RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS & PROPERTY

AT THE MEETING OF DEPOSITION ON 02/21/2008 THE LAWYER OF THE
DEFENDANT ELENA D. MARCUSS,ESQ. HAD MADE COPIES OF THE
DOCUMENTS, PAPERS,PROPERTY IN MY POSSESSION ON THAT DAY. **SHE
HAD MADE COPIES FOR RESPONSE TO REQUEST NO.1 TO NO. 5 & 7.**

During the DEPOSITION the Lawyer was rude to me several times & I think she
Was trying to INTIMIDATE me to illegally Win the Case. I sincerely believe that she
was trying to OBSTRUCT the JUSTICE.

I am broke beyond the limits so I am unable to prepare and mail THE REQUEST
OF DUCUMENTS & PROPERY, INTERROGATORIES  to the Defendant and
Take the Deposition of the Defendant.

Ans.To Request No.6
     The request about documents relating to other employers is illegal due to
     Confidentiality contracts of the company (s), employer(s), and conflict of interest.

Ans.To Request No.7
     Xerox copy of Letter of Dept. of Labor,DE, dated 12/18/2006 issued to
     ADECCO, Stating that " YOU ARE DICHARGED BY YOUR EMPLOYER
     WITHOUT JUST CAUSE IN CONNECTION WITH THE WORK".

Ans.To Request No.8

Xerox copies of  Tax Returns from 2005 to present enclosed.

Ans.To Request No.9

Xerox copies of the certificates enclosed.

Ans.To Request No.10

Employment History from 1990 until present

1989 to Oct 1995

Ashok V. Shah Associates, C.A., India: President

Oct 1995 to Present

Ashok V. Shah Associates,DE, U.S.A.: President.

Accounting,Financial & Tax Services.

Oct 1995 to Present

Working for staffing, consulting services on temporary, cotract basis.

Ans.To Request No. 11

After the termination of job from the BANK OF AMERICA I am in contact of Dept.
of Labor, Division of Employment and Training. Pencader Corporate Center,
Building 225, Siute 211, Newark, DE-19702;
Delaware Department of Labor, 4425 N. Market Street, P.O.Box 9858,
Wilmington, DE-19809. My computer is DEAD, I AM BROKE,
NO MONEY TO BUY GAS, FOOD, COMPUTER, NEWS PAPERS,
Utilitt bills, MEDICINES and other things. The Dept. is not allowing the
Use of  e-mail  account for job search.
I usually call different staffing companies for jobs, the names are in the
Phone book.

Sincerely,

Ashok V. Shah
P.O.Box 1182
New Castle, DE-19720

enclosure

| tate of Delaware<br>epartment of Labor<br>ivision of Unemployment Insurance | *DELAWARE DEPARTMENT OF* **LABOR** | | Notice of<br>Determination<br>UC-409 |
|---|---|---|---|
| **laimant** ASHOK V. SHAH | SS Number: | | Delivered by Mail |
| **ddress** 3-C18 ALLANDALE DR | Local Office: 2 | | Redet: No |
| ALLANDALE VILLAGE | Fund Code: 10 | | Count: Yes |
| NEWARK, DE 19713 | Claim Date: 09/03/2006 | | |
| | Date of AC: 12/03/2006 | | |
| | Case Number: 20009561 | | |

#### ndings of Fact:

1e claimant's assignment ended, as he stated the client of the employer indicated he could not work at a bank. Although the mployer was given the opportunity to provide information regarding this claim, Form UC-119C was not completed and submitted to e division (or was not submitted to the division in a timely manner) as required by Section 3317(b), Title 19, Delaware Code. ccordingly, this determination is based solely on information provided to the division by the claimant and the employer is barred om appealing this decision.

a discharge case, the burden of proof is with the employer to prove the claimant was discharged for just cause. Just cause for ischarge refers to a willful or wanton act in violation of either the employer's interest or of the employee's duties or of the mployee's expected standard of conduct. The employer has not met this burden. The claimant is eligible as he was discharged ithout just cause in connection with the work.

#### tle 19 of Delaware Code 3314(2)

ו individual shall be disqualified for benefits: For the week in which he was discharged from his work for just cause in connection with his ork and  for each week thereafter until he has been employed in each of 4 subsequent weeks (whether or not consecutive) and has earned ages in covered employment equal to not less than 4 times the weekly benefit amount.

#### etermination:

ɔu were discharged by your employer without just cause in connection with the work. Therefore, you are not disqualified from receiving employment insurance benefits pursuant to Section 3314(2), Title 19, Delaware Code and will be eligible to receive benefits for each week of employment insurance benefits claimed for which the division determines you meet the eligibility requirements of Section 3315, Title 19, elaware Code. The division shall issue a determination for any week(s) of unemployment insurance benefits claimed for which you are subsequently deemed ineligible to receive benefits.

| laims Deputy Signature: | | **Date:** 12/18/2006 |
|---|---|---|

you disagree with this determination, you should ask the Claims Deputy for an explanation. If you are not satisfied with the explanation, ɔu may file an appeal.

#### Claimant and Employer Appeal Rights

iis determination becomes final on     12/28/2006     unless a written appeal is filed. Your appeal must be received or postmarked on or ɔfore the date indicated. If the last date to file an appeal falls on a Saturday, Sunday or Legal Holiday, the appeal will be acceptable the ɔxt business day.
you file an appeal and are still unemployed, you must continue to file weekly claim pay authorization forms with the local office, as structed, until you receive a final decision.

| mployer     ADECCO | Your employer account will not be charged on this claim |
|---|---|
| ame and    ATTN: TALX | benefit year, but may be subject to a charge in a subsequent |
| ddress     P.O. BOX 283 | claim benefit year. |
| ST. LOUIS, MO 63166 | |

Form **1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** 2005    (10)    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning        , 2005, ending        , 20        | OMB No. 1545-0074

**Label**
(See
instructions
on page 16.)
**Use the IRS
label.**
Otherwise,
please print
or type.

**Presidential
Election Campaign**

L
A
B
E
L

H
E
R
E

Your first name and initial: ASHOK V.    Last name: SHAH

If a joint return, spouse's first name and initial: KAMINI A.    Last name: SHAH,

Home address (number and street). If you have a P.O. box, see page 16.

address, see page

to go to this fund

**Your social security number**

▲ your SSN(s) above. ▲

Checking a box below will not
change your tax or refund.
☐ You  ☐ Spouse

**Filing Status**

Check only
one box.

2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

If more than four
dependents, see
page 19.

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☒ **Spouse**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

d  Total number of exemptions claimed

Boxes checked
on 6a and 6b: 2
No. of children
on 6c who:
• lived with you
• did not live with
  you due to divorce
  or separation
  (see page 20)
Dependents on 6c
not entered above

Add numbers on
lines above ▶ 2

**Income**

Attach Form(s)
W-2 here. Also
attach Forms
W-2G and
1099-R if tax
was withheld.

If you did not
get a W-2,
see page 22.

Enclose, but do
not attach, any
payment. Also,
please use
Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 1233 00 |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a    b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities  16a    b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits  20a    b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 1233 0 |

**Adjusted
Gross
Income**

| 23 | Educator expenses (see page 29) | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 30) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Tuition and fees deduction (see page 34) | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 1233 0 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 1233 0 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.**    Cat. No. 11320B    Form **1040** (

Page **2**

| | 38 | Amount from line 37 (adjusted gross income) | | 38 | 11233 00 |
|---|---|---|---|---|---|
| | 39a | Check if: ☐ **You** were born before January 2, 1941, ☐ Blind. ☐ **Spouse** was born before January 2, 1941, ☐ Blind. **Total boxes checked** ► 39a | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ►39b ☐ | | | |
| **Standard Deduction for—** | 40 | Itemized deductions (from Schedule A) **or your standard deduction** (see left margin) | | 40 | 10 000 00 |
| ● People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 36. | 41 | Subtract line 40 from line 38 | | 41 | 1233 00 |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | | 42 | 6400 00 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 0 |
| | 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | | 44 | 0 |
| ● All others: | 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 | | 45 | 0 |
| Single or Married filing separately, $5,000 | 46 | Add lines 44 and 45 ► | | 46 | |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| Married filing jointly or Qualifying widow(er), $10,000 | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| | 50 | Education credits. Attach Form 8863 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| Head of household, $7,300 | 52 | Child tax credit (see page 41). Attach Form 8901 if required | 52 | | |
| | 53 | Adoption credit. Attach Form 8839 | 53 | | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8859 | 54 | | |
| | 55 | Other credits. Check applicable box(es): a ☐ Form 3800 | 55 | | |
| | | b ☐ Form 8801  c ☐ Form | | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | | 56 | 0 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ► | | 57 | |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ► | | 63 | |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 753 00 | |
| | 65 | 2005 estimated tax payments and amount applied from 2004 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)**   EIC | 66a | | |
| | b | Nontaxable combat pay election ► 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your **total payments** ► | | 71 | 753 00 |
| **Refund** Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you **overpaid** | | 72 | 753 00 |
| | 73a | Amount of line 72 you want **refunded to you** ► | | 73a | 753 00 |
| | ► b | Routing number 0 3 1 1 0 0 0 8 9  ► c Type: ☒ Checking  ☐ Savings | | | |
| | ► d | Account number 5 6 0 0 9 8 3 6 1 3 | | | |
| | 74 | Amount of line 72 you want **applied to your 2006 estimated tax** ► | 74 | | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 63. For details on how to pay, see page 60 ► | | 75 | |
| | 76 | Estimated tax penalty (see page 60) | 76 | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ **Yes.** Complete the following. ☐ **No**

Designee's name ►            Phone no. ►            Personal identification number (PIN) ►

**Sign Here**  Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17.  Your signature *A Shah*  Date 04-01-06  Your occupation Accountant  Daytime phone number (302) 369-3657

Keep a copy for your records.  Spouse's signature. If a joint return, **both** must sign.  *Kamini A Shah*  Date 04-01-06  Spouse's occupation clerk

**Paid Preparer's Use Only**  Preparer's signature ►    Date    Check if self-employed ☐    Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ►    EIN    Phone no. (  )

Form **1040** (2005)

Form **1040**
Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** 20**06**    (L)    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2006, or other tax year beginning ____, 2006, ending ____, 20 ____    OMB No. 1545-0074

**Label**
(See instructions on page 16.)
Use the IRS label. Otherwise, please print or type.

L A B E L   H E R E

Your first name and initial: ASHOK V.    Last name: SHAH

Your social security number

If a joint return, spouse's first name and initial: KAMINI A    Last name: SHAH

Home address (number and street). If you have a P.O. box, see page 16.    Apt. no.

City ____ ess, see page 16.

**Presidential Election Campaign** ▶ C ____ ) to this fund (see page 16) ▶    ☐ You ☐ spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☒ Spouse

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| (1) First name  Last name | | | |
| | : | | ☐ |
| | : | | ☐ |
| | : | | ☐ |
| | : | | ☐ |

If more than four dependents, see page 19.

Boxes checked on 6a and 6b ___ 02
No. of children on 6c who:
• lived with you ___
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above ___
Add numbers on lines above ▶ ___ 02

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 39,336 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 2,724 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions  15a ____  b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities  16a ____  b Taxable amount (see page 26) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 6,420 |
| 20a | Social security benefits  20a ____  b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 48,480 |

**Adjusted Gross Income**

| | | | | |
|---|---|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853 | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | |
| 29 | Self-employed health insurance deduction (see page 29) | 29 | | |
| 30 | Penalty on early withdrawal of savings | 30 | | |
| 31a | Alimony paid  b Recipient's SSN ▶ ____ | 31a | | |
| 32 | IRA deduction (see page 31) | 32 | | |
| 33 | Student loan interest deduction (see page 33) | 33 | | |
| 34 | Jury duty pay you gave to your employer | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 through 31a and 32 through 35 | | 36 | Ø |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | | 37 | 48,480 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.    Cat. No. 11320B    Form **1040** (2006)

Form 1040 (2006)

Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . | 38 | 48,480 |
| | 39a | Check { ☐ **You** were born before January 2, 1942, ☐ Blind. } Total boxes | | |
| | | if: { ☐ **Spouse** was born before January 2, 1942, ☐ Blind. } checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 34 and check here ▶39b ☐ | | |
| | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) . | 40 | 10,300 |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 34. | 41 | Subtract line 40 from line 38 . . . . . . . . . . . . | 41 | 38,180 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 | |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 38,180 |
| | 44 | **Tax** (see page 36). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 . . . | 44 | 4,971 |
| • All others: | 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 . . . . . | 45 | |
| Single or Married filing separately, $5,150 | 46 | Add lines 44 and 45 . . . . . . . . . . . . . ▶ | 46 | 4,971 |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| Married filing jointly or Qualifying widow(er), $10,300 | 49 | Credit for the elderly or the disabled. Attach Schedule R . | 49 | | |
| | 50 | Education credits. Attach Form 8863 . . . . | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 . | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 . . . | 52 | | |
| Head of household, $7,550 | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8839 c ☐ Form 8859 | 54 | | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** . . . . . . . | 56 | ∅ |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- . . . ▶ | 57 | 4,971 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE . . . . . . . . . | 58 | 207 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 . . . . | 61 | |
| | 62 | Household employment taxes. Attach Schedule H . . . . . . . | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** . . . . . . . ▶ | 63 | 5,178 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 . . | 64 | 3,697 | |
| | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) . . . . . | 66a | | |
| | b | Nontaxable combat pay election ▶ 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 . . . | 68 | | |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form | 70 | | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** . . . ▶ | 72 | |
| **Refund** Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| | b | Routing number \|_\|_\|_\|_\|_\|_\|_\|_\| ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number \|_\|_\|_\|_\|_\|_\|_\|_\|_\|_\|_\|_\|_\|_\|_\|_\| | | |
| | 75 | Amount of line 73 you want applied to your 2007 estimated tax ▶ | 75 | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | 76 | 1,481 |
| | 77 | Estimated tax penalty (see page 62) . . . . | 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 63)? ☐ **Yes. Complete the following.** ☐ **No** | | |
| | | Designee's name ▶ / Phone no. ▶ ( ) / Personal identification number (PIN) \|_\|_\|_\|_\|_\| | | |

**Sign Here**

Joint return? See page 17.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| *AB Shah* | 04.16.07 | ACCOUNTANT | (302) 369-3657 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| *Kamni A. Shah* | 04.16.07 | CLERICAL | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date | | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | | EIN | |
| | | | | Phone no. ( ) | |

Form **1040** (2006)

Form **1040**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** 2007  (L)  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2007, or other tax year beginning , 2007, ending , 20    OMB No. 1545-0074

**Label** (See instructions on page 12.) **Use the IRS label. Otherwise, please print or type.**

Your first name and initial  ASHOK  V.   Last name  SHAH.

If a joint return, spouse's first name and initial  KAMINI  A.   Last name  SHAH

Home address (number and street). If you have a P.O. box, see page 12.

City, ...ress, see page

Your social security number

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► C... ...o to this fund    You    Spouse

**Filing Status**

Check only one box.

1    Single
2  [X] Married filing jointly (even if only one had income)
3    Married filing separately. Enter spouse's SSN above and full name here. ►
4    Head of household (.... qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5    Qualifying widow(er) with dependent child (see page 14)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a
b  [X] Spouse
c  Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 15) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see page 15.

Boxes checked on 6a and 6b
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 16)
Dependents on 6c not entered above

Add numbers on lines above ►  **2**

d    Total number of exemptions claimed

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | 6206 |
| 8a | Taxable interest. Attach Schedule B if required | **8a** | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | **9a** | |
| b | Qualified dividends (see page 19) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | **10** | |
| 11 | Alimony received | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | **12** | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ►  ☐ | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 | **14** | |
| 15a | IRA distributions    15a    b Taxable amount (see page 21) | **15b** | |
| 16a | Pensions and annuities    16a    b Taxable amount (see page 22) | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | |
| 18 | Farm income or (loss). Attach Schedule F | **18** | |
| 19 | Unemployment compensation | **19** | 8130 |
| 20a | Social security benefits    20a    b Taxable amount (see page 24) | **20b** | |
| 21 | Other income. List type and amount (see page 24) | **21** | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | **22** | 14336 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ► | 31a | |
| 32 | IRA deduction (see page 27) | 32 | |
| 33 | Student loan interest deduction (see page 30) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | **36** | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | **37** | 14336 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.**    Cat. No. 11320B    Form **1040** (2007)

1040 (2007)                                                                                     Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 14336 |
| | 39a | Check { ☐ **You** were born before January 2, 1943, ☐ Blind. } **Total boxes** if: { ☐ **Spouse** was born before January 2, 1943, ☐ **checked** ▶ 39a } | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶39b ☐ | | | |
| | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | | 40 | 10,700 |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 31. | 41 | Subtract line 40 from line 38 | | 41 | 3,636 |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | | 42 | 6800 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 0 |
| • All others: | 44 | **Tax** (see page 33). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ Form(s) 8889 | | 44 | |
| Single or Married filing separately, $5,350 | 45 | **Alternative minimum tax** (see page 36). Attach Form 6251 | | 45 | |
| | 46 | Add lines 44 and 45 | ▶ | 46 | |
| Married filing jointly or Qualifying widow(er), $10,700 | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | |
| | 49 | Education credits. Attach Form 8863 | 49 | | |
| Head of household, $7,850 | 50 | Residential energy credits. Attach Form 5695 | 50 | | |
| | 51 | Foreign tax credit. Attach Form 1116 if required | 51 | | |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required | 52 | | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 | 53 | | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 c ☐ Form 8839 | 54 | | |
| | 55 | Other credits: a ☐ Form 3800 b ☐ Form 8801 c ☐ Form | 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- | ▶ | 57 | |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | 58 | |
| | 59 | Unreported social security and Medicare tax from: a ☐ Form 4137 b ☐ Form 8919 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** | ▶ | 63 | |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 942 | |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | 428 | |
| | b | Nontaxable combat pay election ▶ 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see page 59) | 69 | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | 71 | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** | ▶ | 72 | 1370 |
| **Refund** Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | | 73 | 1370 |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 74a | |
| | b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | | |
| | 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ | 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | | 76 | 0 |
| | 77 | Estimated tax penalty (see page 61) | 77 | | |

**Third Party Designee** — Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ **Yes.** Complete the following. ☐ **No**

Designee's name ▶    Phone no. ▶ ( )    Personal identification number (PIN)

**Sign Here**
Joint return? See page 13. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: *Abhish* — Date 04-01-08 — Your occupation ACCOUNTANT — Daytime phone number (302) 369-3657
Spouse's signature. If a joint return, both must sign. *Kamini Shah* — Date 04-01-08 — Spouse's occupation CLERICAL

**Paid Preparer's Use Only** — Preparer's signature — Date — Check if self-employed ☐ — Preparer's SSN or PTIN — Firm's name — EIN — Phone no. ( )

INSTRUCTIONS FOR FILING OUT TIME SHEET:
1- Use a separate time sheet for each assignment and for each week's work.
2- Mail the top three (3) copies to our office each Friday.
3- Leave the client copy with your supervisor.
4- Keep the employee copy for your records.


ACSYS

| | | |
|---|---|---|
| PHILADELPHIA, PA | 215 . 568 . 6810 | fax 215 . 977 . 0362 |
| WAYNE, PA | 610 . 687 . 6107 | fax 610 . 687 . 9456 |
| LANCASTER, PA | 717 . 390 . 0888 | fax 717 . 390 . 2012 |
| WILMINGTON, DE | 302 . 658 . 6181 | fax 302 . 658 . 6244 |
| CHERRY HILL, NJ | 609 . 910 . 1824 | fax 609 . 910 . 1939 |

**COMPANY NAME (PLEASE PRINT)**  M B N A   A M E R I C A   B A N K
**ADDRESS**  WILMINGTON, DE- 19884   CITY   STATE
**REPORT TO:** WENDEY S. LINDSEY   **DEPT.** 44591   **JOB TITLE** Settlement Accountant   **WEEK ENDING SUNDAY** 08 / 01 / 1999

| DAY | DATE | | | TIME IN | TIME OUT | LESS LUNCH | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| MONDAY | 07 | 26 | 99 | 8.00A | 5.00P | (1.00) | 8.00 |
| TUESDAY | 07 | 27 | 99 | 8.00A | 5.00P | (1.00) | 8.00 |
| WEDNESDAY | 07 | 28 | 99 | 8.00A | 4.30P | (0.50) | 8.00 |
| THURSDAY | 07 | 29 | 99 | 8.00A | 5.00P | (1.00) | 8.00 |
| FRIDAY | 07 | 30 | 99 | 8.00A | 5.00P | (1.00) | 8.00 |
| SATURDAY | 07 | 31 | 99 | — | — | ( - ) | — |
| SUNDAY | 08 | 01 | 99 | — | — | ( - ) | — |

**CLIENT NOTE** ▶ FORTY HOURS —    **TOTAL HOURS** 40.00

**MINIMUM: 4 HOURS PER EMPLOYEE PER DAY - IMPORTANT FOR CLIENT:**
Execution of this form by the client constitutes a certification that the TOTAL hours listed are correct as stated, that the work was performed in a satisfactory manner, and agreement by the Client to the TERMS and CONDITIONS printed on the reverse side of this form. PLEASE DO NOT ADVANCE MONIES TO EMPLOYEES.

**CLIENT SIGNATURE OF ACCEPTANCE**        **PLEASE PRINT NAME**
X _____        John O'Brien

**EMPLOYEE NAME (Please Print)**        SOCIAL SECURITY NUMBER
ASHOK V. SHAH
I hereby certify that the hours shown were shown above, and were properly certified by an authorized representative of this company named above. I understand I am to contact the office after completing the assignment, to determine if there is other work available for me. I agree that if I do not contact the office upon completion of an assignment, they can assume I am not available. I understand that all unsigned time sheets will be returned to me without a check and any alterations will void this time sheet.

**EMPLOYEE SIGNATURE: X** AV Shah

**EMPLOYEE MUST FILL IN BELOW**
ARE YOU RETURNING TO THIS ASSIGNMENT        PLEASE NOTE: ALTERATIONS TO THE FOLLOWING CANNOT BE HONORED
☒ Yes  ☐ No        ☒ MAIL MY CHECK
                    ☐ HOLD MY CHECK IN:
I WILL BE AVAILABLE FOR NEW ASSIGNMENT
ON:  /  /        (office location)

OFFICE COPY

---

| | | |
|---|---|---|
| PHILADELPHIA, PA | 215 . 568 . 6810 | fax 215 . 977 . 0362 |
| WAYNE, PA | 610 . 687 . 6107 | fax 610 . 687 . 9456 |
| LANCASTER, PA | 717 . 390 . 0888 | fax 717 . 390 . 2012 |
| WILMINGTON, DE | 302 . 658 . 6181 | fax 302 . 658 . 6244 |
| CHERRY HILL, NJ | 609 . 910 . 1824 | fax 609 . 910 . 1939 |

**COMPANY NAME (PLEASE PRINT)**  MBNA America Bank
**ADDRESS**  WILMINGTON DE 19884   CITY   STATE
**REPORT TO:** Wendey S. Lindsey   **DEPT.** 44459   **JOB TITLE** Accountant   **WEEK ENDING SUNDAY** 08 / 25 / 1999

| DAY | DATE | | | TIME IN | TIME OUT | LESS LUNCH | TOTAL HOURS |
|---|---|---|---|---|---|---|---|
| MONDAY | 07 | 19 | 1999 | 8.00A | 5.00P | (1.0) | 8.00 |
| TUESDAY | 07 | 20 | 1999 | 8.10A | 5.00P | (0.5) | 8.00 |
| WEDNESDAY | 07 | 21 | 1999 | 8.00A | 5.00P | (1.0) | 8.00 |
| THURSDAY | 07 | 22 | 1999 | 8.00A | 5.00P | (1.0) | 8.00 |
| FRIDAY | 07 | 23 | 1999 | 8.00A | 4.00P | (.5) | 7.50 |
| SATURDAY | 07 | 24 | 1999 | - | - | ( - ) | - |
| SUNDAY | 07 | 25 | 1999 | - | - | ( - ) | - |

**CLIENT NOTE** ▶  Thirty Nine Hours and Fifty Mins.    **TOTAL HOURS** 39.50

**MINIMUM: 4 HOURS PER EMPLOYEE PER DAY - IMPORTANT FOR CLIENT:**
Execution of this form by the client constitutes a certification that the TOTAL hours listed are correct as stated, that the work was performed in a satisfactory manner, and agreement by the Client to the TERMS and CONDITIONS printed on the reverse side of this form. PLEASE DO NOT ADVANCE MONIES TO EMPLOYEES.

**CLIENT SIGNATURE OF ACCEPTANCE**        **PLEASE PRINT NAME**
X _____        John O'Brien

**EMPLOYEE NAME (Please Print)**        SOCIAL SECURITY NUMBER
ASHOK V. SHAH
I hereby certify that the hours shown were shown above, and were properly certified company named above. I understand I an assignment, to determine if there is other w contact the office upon completion of an available. I understand that all unsigned time check and any alterations will void this time

**EMPLOYEE SIGNATURE: X** AV Shah

**EMPLOYEE MUST FILL IN BELOW**
ARE YOU RETURNING TO THIS ASSIGNMENT        PLEASE NOTE: ALTERATIONS TO THE FOLLOWING CANNOT BE HONORED
☐ Yes  ☐ No        ☐ MAIL MY CHECK
                    ☐ HOLD MY CHECK IN:
I WILL BE AVAILABLE FOR NEW ASSIGNMENT
ON:  /  /        (office location)

**EMPLOYEE COPY**

## Left Time Sheet

**INSTRUCTIONS FOR FILLING OUT TIME SHEET:**
1- Use a separate time sheet for each assignment and for each week's work.
2- Mail the top three (3) copies to our office each Friday.
3- Leave the client copy with your supervisor.
4- Keep the employee copy for your records.



**ACSYS**

| | | |
|---|---|---|
| PHILADELPHIA, PA | 215 . 568 . 6810 | fax 215 . 977 . 0362 |
| JAYNE, PA | 610 . 687 . 6107 | fax 610 . 687 . 9456 |
| LANCASTER, PA | 717 . 390 . 0888 | fax 717 . 390 . 2012 |
| WILMINGTON, DE | 302 . 658 . 6181 | fax 302 . 658 . 6244 |
| CHERRY HILL, NJ | 609 . 910 . 1824 | fax 609 . 910 . 1939 |

COMPANY NAME (PLEASE PRINT)
MBNA AMERICA BANK

ADDRESS ___ CITY WILMINGTON STATE DE

REPORT TO: WENDY S. LINDSEY 4459   DEPT. ANNUAL   JOB TITLE FINANCIAL II   WEEK ENDING SUNDAY 11 / 14 / 1999

| DAY | DATE | | TIME IN | TIME OUT | LESS LUNCH | TOTAL HOURS |
|---|---|---|---|---|---|---|
| MONDAY | 11 | 08 99 | 7.45A | 4.00P | (0.50) | 7.75 |
| TUESDAY | 11 | 09 99 | 8.05A | 4.30P | (0.50) | 8.00 |
| WEDNESDAY | 11 | 10 99 | | ( ) | | |
| THURSDAY | 11 | 11 99 | HOLIDAY | ( ) | | |
| FRIDAY | 11 | 12 99 | 8.00A | 5.00P | (2.00) | 7.00 |
| SATURDAY | 11 | 13 99 | — | — | ( — ) | — |
| SUNDAY | 11 | 14 99 | — | — | ( — ) | — |

**CLIENT NOTE** TWENTY TWO HOURS & 75

**TOTAL HOURS** 22.75

**MINIMUM: 4 HOURS PER EMPLOYEE PER DAY - IMPORTANT FOR CLIENT:** Execution of this form by the client constitutes a certification that the TOTAL hours listed are correct as stated, that the work was performed in a satisfactory manner, and _____ agreement by the Client to the TERMS and CONDITIONS printed on the reverse si___ is form. PLEASE DO NOT ADVANCE MONIES TO EMPLOYEES.

CLIENT SIGNATURE OF ACCEPTANCE     PLEASE PRINT NAME

X _____ Wendy S. Lindsey

EMPLOYEE NAME (Please Print)
ASHOK V. SHAH

I hereby certify that the hours shown w___ _____ _____ week ending shown above, and were properly certified by an authorized representative of this company named above. I understand I am to contact the office after completing the assignment, to determine if there is other work available for me. I agree that if I do not contact the office upon completion of an assignment, they can assume I am not available. I understand that all unsigned time sheets will be returned to me without a check and any alterations will void this time sheet.

EMPLOYEE SIGNATURE: X _____

**EMPLOYEE MUST FILL IN BELOW**

ARE YOU RETURNING TO THIS ASSIGNMENT   PLEASE NOTE: ALTERATIONS TO THE FOLLOWING CANNOT BE HONORED
☐ Yes   ☐ No   ☒ MAIL MY CHECK   ☐ HOLD MY CHECK IN:

I WILL BE AVAILABLE FOR NEW ASSIGNMENT ON: 11 / 15 / 1999   (office location)

OFFICE COPY

**EMPLOYEE COPY**

## Right Time Sheet

**INSTRUCTIONS FOR FILLING OUT TIME SHEET:**
- Use a separate time sheet for each assignment and for each week's work.
2- Mail the top three (3) copies to our office each Friday.
3- Leave the client copy with your supervisor.
4- Keep the employee copy for your records.



**ACSYS**

| | | |
|---|---|---|
| PHILADELPHIA, PA | 215 . 568 . 6810 | fax 215 . 977 . 0362 |
| JAYNE, PA | 610 . 687 . 6107 | fax 610 . 687 . 9456 |
| LANCASTER, PA | 717 . 390 . 0888 | fax 717 . 390 . 2012 |
| WILMINGTON, DE | 302 . 658 . 6181 | fax 302 . 658 . 6244 |
| CHERRY HILL, NJ | 609 . 910 . 1824 | fax 609 . 910 . 1939 |

COMPANY NAME (PLEASE PRINT)
MBNA AMERICA BANK

ADDRESS ___ CITY WILMINGTON, DE STATE

REPORT TO: WENDY S. LINDSEY 4459   DEPT. ANNUAL   JOB TITLE FINANCIAL   WEEK ENDING SUNDAY 9 / 12 / 99

| DAY | DATE | | TIME IN | TIME OUT | LESS LUNCH | TOTAL HOURS |
|---|---|---|---|---|---|---|
| MONDAY | 09 | 06 99 | HOLIDAY | ( — ) | | — |
| TUESDAY | 09 | 07 99 | 8.00A | 6.00P | (0.50) | 9.50 |
| WEDNESDAY | 09 | 08 99 | 8.15A | 4.50P | (1.00) | 7.50 |
| THURSDAY | 09 | 09 99 | 8.10A | 6.00P | (1.00) | 8.75 |
| FRIDAY | 09 | 10 99 | 8.10A | 3.30P | (1.00) | 6.25 |
| SATURDAY | 09 | 11 99 | — | — | ( — ) | — |
| SUNDAY | 09 | 12 99 | — | — | ( — ) | — |

**CLIENT NOTE** THIRTY TWO HOURS 32.00

**TOTAL HOURS** 32.00

**MINIMUM: 4 HOURS PER EMPLOYEE PER DAY - IMPORTANT FOR CLIENT:** Execution of this form by the client constitutes a certification that the TOTAL hours listed are correct as stated, that the work was performed in a satisfactory manner, and _____ agreement by the Client to the TERMS and CONDITIONS printed on the reverse si___ is form. PLEASE DO NOT ADVANCE MONIES TO EMPLOYEES.

CLIENT SIGNATURE OF ACCEPTANCE     PLEASE PRINT NAME

X _____ PATRICIA CLARKE

EMPLOYEE NAME (Please Print)
ASHOK V. SHAH   SOCIAL SECURITY NUMBER

I hereby certify that the hours shown were shown above, and were properly certified company named above. I understand I am ___ assignment, to determine if there is other wo___ contact the office upon completion of an assignment, they can assume I am not available. I understand that all unsigned time sheets will be returned to me without a check and any alterations will void this time sheet.

EMPLOYEE SIGNATURE: X _____

**EMPLOYEE MUST FILL IN BELOW**

ARE YOU RETURNING TO THIS ASSIGNMENT   PLEASE NOTE: ALTERATIONS TO THE FOLLOWING CANNOT BE HONORED
☒ Yes   ☐ No   ☐ MAIL MY CHECK   ☒ HOLD MY CHECK IN:

I WILL BE AVAILABLE FOR NEW ASSIGNMENT ON: / /   (office location)

OFFICE COPY

**EMPLOYEE COPY**

**MASTER ASSIGNMENT
CHECKLIST**                            Olsten
                                      Corporation

TO ENSURE YOUR SUCCESS, USE THIS
CHECKLIST TO RECORD INFORMATION
ABOUT YOUR ASSIGNMENT.  *12 + half*

## ASSIGNMENT INFORMATION
CO. NAME _____ *MBNA*
ADDRESS _____ *BBII* ~~Bradford~~
              *Brace Bridge II*
PHONE _____
START DATE _____ *4/28*  *Michele*
REPORT TO _____ *AMD MARIE*  *Durst*
TITLE _____   *Fernandez*
DEPARTMENT _____
HRS/LUNCH _____
LENGTH _____ *-2343)* *phone*
PAY RATE _____ *$10/hr.*
ASSIGNMENT # _____
PARKING _____
DIRECTIONS _____ *M-F 8-5*

*453-9630 Main #*

## JOB SPECIFICS
SKILLS _____ *Strong Acct*
RESPONSIBILITIES _____ *Basic off a*
              *Construction*
              *DIE Process*
ENVIRONMENT _____ *Invoices*
DRESS CODE _____ *Reconcillement*
SAFETY

*273433*

## COMPANY SPECIFICS _____ *Professional*
~~BACKGROUND~~ *Dress -*  *Dress*
~~POTENTIAL~~

## OLSTEN SPECIFICS *End date*
RELATIONSHIP _____ *June*

PAYMENT SPECIFICS/TIME SHEETS

~~Assignment # 19907~~

**REMEMBER**
**WE ARE COMMITTED TO YOUR SUCCESS.**
**PLEASE CALL US WITH FEEDBACK**
**REGARDING YOUR ASSIGNMENT AND/OR**
**ANY QUESTIONS YOU MAY HAVE.**

©1993 Olsten Corporation Printed in USA EOE M/F/D/V          EMS9344 (11/93)

## Time Sheet 1

**Olsten Staffing Services**

CHECK NUMBER

**PRINT CLEARLY**

WEEK ENDING SUNDAY: MO. 05 DAY 04 YEAR 97 OFFICE NO. 0640

EMPLOYEE NAME: Ashok V. Shah

COMPANY NAME: MBNA America

DEPARTMENT / COST CTR. NO. / ASSIGNMENT NO. 19904

ASSIGNMENT STATUS: ☐ CONTINUING ☐ COMPLETED ☐ AVAILABLE

I UNDERSTAND THAT I MUST OBTAIN PERMISSION FROM OLSTEN BEFORE I WORK HOURS THAT WOULD BE CONSIDERED AS OVERTIME.
I AGREE TO NOTIFY OLSTEN AT THE END OF EACH ASSIGNMENT. IF I FAIL TO DO SO, OLSTEN MAY ASSUME THAT I AM NOT AVAILABLE FOR EMPLOYMENT AND I MAY BE INELIGIBLE FOR UNEMPLOYMENT BENEFITS.
I CERTIFY THAT I HAVE WORKED THE HOURS LISTED ON THIS TIME SHEET AND HAVE READ THE INSTRUCTIONS ON THE REVERSE SIDE. THE UNDERSIGNED ACKNOWLEDGES THAT THE DURATION OF ANY ASSIGNMENT IS NOT GUARANTEED.

X _____ EMPLOYEE SIGNATURE

SEE INSTRUCTIONS AND TERMS ON REVERSE SIDE

DRAW A LINE THROUGH DAYS NOT WORKED | REPORT ALL TIME TO NEAREST

| DAY | DATE | IN | OUT | TOTAL | LESS LUN |
|-----|------|-----|-----|-------|----------|
| MON | | 8·00 | | | |
| TUES | 4/29 | 5·00 A | | | |
| WED | 4/30 | 8·00 A | 5·00 | | 1·0 |
| THU | 5/1 | | | | |
| FRI | 5/2 | 5·00 A | 5·00 | | |
| SAT | | | | | |
| SUN | | | | | |

CIRCLE NUMBER OF DAYS OLSTEN EMPLOYEE WORKED 1 2 3 ④ 5 6 7 | TOTAL HOURS | STRAIGHT TIME / OVERTIME

FORTY HOURS

WRITE IN WORDS THE NUMBER OF HOURS WORKED (CLIENT)

X _____ AUTHORIZED CLIENT SIGNATURE   Linda M. Durso Fac.

PRINT NAME

CLIENT TITLE   422-2433

TELEPHONE NO.   EXT.

## Time Sheet 2

**Olsten Staffing Services**   CHECK NUMBER: MAIL

**PRINT CLEARLY**

WEEK ENDING SUNDAY: MO. 05 DAY 11 YEAR 97 OFFICE NO. 0640

EMPLOYEE NAME: ASHOK V. SHAH

COMPANY NAME: MBNA AMERICA

DEPARTMENT: FACILITY FINANCE / COST CTR. NO. / ASSIGNMENT NO. 19907

ASSIGNMENT STATUS: ☒ CONTINUING ☐ COMPLETED ☐ AVAILABLE

**ALL OVERTIME MUST BE VERIFIED**

DRAW A LINE THROUGH DAYS NOT WORKED | REPORT ALL TIME TO NEAREST 15 MINUTES

| DAY | DATE | IN | OUT | TOTAL | LESS LUNCH | DAILY TOTAL |
|-----|------|-----|-----|-------|------------|-------------|
| MON | 5-5-97 | 8·00A | 5·00P | 09·00 | 1·00 | 08·00 |
| TUES | 5-6-97 | 8·00A | 5·00P | 09·00 | 1·00 | 08·00 |
| WED | 5-7-97 | 8·00A | 5·00P | 09·00 | 1·00 | 08·00 |
| THU | 5-8-97 | 8·00A | 5·00P | 09·00 | 1·00 | 08·00 |
| FRI | 5-9-97 | 8·00A | 5·00P | 09·00 | 1·00 | 08·00 |
| SAT | | | | | | |
| SUN | | | | | | |

CIRCLE NUMBER OF DAYS OLSTEN EMPLOYEE WORKED 1 2 3 4 ⑤ 6 7 | TOTAL HOURS | STRAIGHT TIME / OVERTIME | 40·00

FORTY HOURS

X _____ Linda M. Durso 5/9/97   AUTHORIZED CLIENT SIGNATURE   Linda M. Durso Finance

PRINT NAME: Operations Mgr.

CLIENT TITLE   302-432-3433

## Time Sheet 3

**Olsten Staffing Services**   CHECK NUMBER: MAIL

**PRINT CLEARLY**

WEEK ENDING SUNDAY: MO. 05 DAY 18 YEAR 97 OFFICE NO. 0640

EMPLOYEE NAME: ASHOK V. SHAH

COMPANY NAME: MBNA AMERICA

DEPARTMENT: FACILITY FINANCE / COST CTR. NO. / ASSIGNMENT NO. 19907

ASSIGNMENT STATUS: ☐ CONTINUING ☐ COMPLETED ☐ AVAILABLE

**ALL OVERTIME MUST BE VERIFIED**

DRAW A LINE THROUGH DAYS NOT WORKED | REPORT ALL TIME TO NEAREST 15 MINUTES

| DAY | DATE | IN | OUT | TOTAL | LESS LUNCH | DAILY TOTAL |
|-----|------|-----|-----|-------|------------|-------------|
| MON | 5-12-97 | 8·00A | 5·00P | 07·00 | 01·00 | 08·00 |
| TUES | | | | | | |
| WED | | | | | | |
| THU | | | | | | |
| FRI | | | | | | |
| SAT | | | | | | |
| SUN | | | | | | |

CIRCLE NUMBER OF DAYS OLSTEN EMPLOYEE WORKED 1 2 3 4 5 6 7 | TOTAL HOURS | STRAIGHT TIME / OVERTIME | 8·00

EIGHT HOURS

X _____ Linda M. Durso   AUTHORIZED CLIENT SIGNATURE   Linda M. Durso

PRINT NAME: Operation Mgr. 5/13/97

CLIENT TITLE   302-732-3433

*Blue Wing*
*2nd Floor*

Ashok Shah

## How to Record Your Hours

Enter your hours using **ONE** of the following methods:

(1)   Log onto the website at **http://time.adecco.com**

(2)   Call our ATS line toll free at **888-695-9300** and follow the instructions to enter your hours. (Instructions are also provided in Spanish on the ATS line)

**   You will need our Adecco office number, your personal assignment number and the last 4 digits of your social security number.

Adecco office number          *7582*

Personal Assignment number    *4875973*

**   You may enter your hours anytime before midnight on Sunday, 24 hours a day. If necessary, use the paper timecards to record your hours at the beginning of the week to ensure accuracy. Failure to enter your hours by Sunday night could lead to a late paycheck.

**   Your supervisor will receive an e-mail on Monday morning asking for approval of the hours you have entered.

**   If you have any problems, please contact your Adecco representative first thing on Monday morning.

*Report to: Dawn Weaver*
*or*
*Michele Durso*
*457-8128 / 457-8275*

*pay rate $13.00*
*start 12/4/06*

*Lisa Pisano*



2 Read's Way
Suite 115
New Castle, DE 19720
Tel. (302) 669-4005
Fax (302) 324-9355
www.AdeccoUSA.com

December 6, 2006

Department of Labor
Employment and Training

RE: Ashok Shah, SSN# 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

Dear Sir or Madam:

**Subject: Employment Verification**

This letter is to verify employment status for associate Ashok Shah, x x x x xx x xx. Mr. Shah was on assignment for our company at our client Bank of America in the Accounting department as a reconciliation clerk. Mr. Shah only worked for one day starting 12/04/2006 and is not currently on assignment with our company at this time. Please contact the office if there any additional questions and/or concerns.

Respectfully,

Yamaris Esquilin
Office Supervisor

Ye/slf



Making people successful
in a changing world

## Individual Confirmation

| | |
|---|---|
| Name: | Shah, Ashok |
| Office: | 7582 |
| Assignment: | 4875973 |
| Confirmation Number: | 49-81905636-1 |
| Date: | Monday, December 11, 2006 |
| Time: | 2:20:08 AM CDT |
| Week Ending Date | 12/10/2006 |

Your timecard has been successfully recorded.

*YOU MUST PRINT THIS PAGE NOW IF A FUTURE HARDCOPY REFERENCE IS DESIRED.*

| Time Entry | | | | | | | Week Ending 12/10/2006 | |
|---|---|---|---|---|---|---|---|---|
| | Mon | Tue | Wed | Thurs | Fri | Sat | Sun | Total |
| Regular (REG) | 3.75 | 0 | 0 | 0 | 0 | 0 | 0 | 3.75 |
| Total Hours | 3.75 | 0 | 0 | 0 | 0 | 0 | 0 | 3.75 |

To edit this timesheet or enter time for another week, click here.

**Blank Timecard** - click here to print a blank timecard

**Blank Technical Timecard** - click here to print a blank timecard

**ePayroll** - click here to go to the ePayroll site

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☒ FEPA ☒ EEOC | 17C-2007-00284 |

| Delaware Department of Labor | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Ashok V. Shah | (302) 369-3657 | ~~xxxxxxxxx~~ |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 1182 New Castle, DE 19720 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| BANK OF AMERICA | 101 - 200 | (302) 266-5600 |

| Street Address | City, State and ZIP Code |
|---|---|
| 300 N. Wakefield Dr., Newark, DE 19702 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE    ☐ COLOR    ☐ SEX    ☐ RELIGION    ☒ NATIONAL ORIGIN

☐ RETALIATION    ☐ AGE    ☐ DISABILITY    ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-04-2006    Latest: 12-04-2006

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**Jurisdiction:** Charging Party was employed at Respondent's Delaware facility as a Accountant since 12/4/06

**Charging Party's protected class:** Race ( Hindu), National Origin ( India)

**Adverse employment action:** Discharge

**Brief statement of allegations:** Charging Party states that based on race and national origin he was discharged. Specifically, Charging Party states he arrived at work 12/4/06 and began his work day. Charging Party, states that he was contacted by Respondent's supervisor (Michele Durso) 11:44am and advised that he was to contact HR. Charging Party states that once he contacted HR (Lisa Pisano) he was told that because of a bad reference he was not eligible to work for Bank of America and was being discharged. Charging Party states that Respondent's reason for his discharge was a pretext. Charging Party states that after checking with Office Supervisor (Yamaris Esquillin) at Olsten Staffing services he found that he had no bad reference status with them. Charging Party states that ultimately, based on national origin and race he was after working for approx 4 hours discharged by the Respondent.

**Respondent's explanation:** Charging Party was discharged because of bad reference

**Applicable law(s):** Title VII of the Civil Rights Act, as amended; Delaware Discrimination in Employment Act, as amended

**Comparators(s) or other specific reason(s) for alleging discrimination:** Charging Party alleges that based on national origin he was discriminated against when he was treated different by the Respondent and discharged.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Jan 08, 2007** *(signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date            Charging Party Signature | |

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION PROGRAM**

Ashok V. Shah                                                    Case No. 07010006W
P.O. Box 1182
New Castle, DE 19720

vs.

BANK OF AMERICA
300 N. Wakefield Dr.,
Newark, DE 19702

## FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

### *No-Cause Determination and Dismissal with Corresponding Right to Sue Notice.*

In this case, the Department has completed its investigation and found that there is no reasonable cause to believe that an unlawful employment practice has occurred. The Department hereby issues a No-Cause Determination and Dismissal and provides the Charging Party with a Delaware Right to Sue Notice.

*In this Charge of Discrimination, the Charging Party bears the burden to prove his allegations by a preponderance of the evidence. Here he alleges the Respondent discriminated against him because of his National Origin (India) when he was terminated. The Respondent denies these allegations. They state the Charging Party worked for an agency that provided contract employees for the Respondent. They contend while the Charging Party provided similar services to them on an earlier assignment, he harassed another of the Respondent's employees. To this extent, the Respondent has provided evidence of these previous issues with the Charging Party. The Respondent states their decision to discharge the Charging Party was based solely on these earlier incidents and had nothing to do with his National Origin. The Charging Party was advised of this Agency's preliminary determination in this matter and was afforded the opportunity to respond. The information he submitted in response tended to support the Respondent's claim regarding Charging Party's inappropriate conduct. Based on the foregoing, the Charging Party has failed to meet his evidentiary burden. Accordingly, this No Cause Determination follows.*

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Program.

_____                    _____
Date issued                                     Julie Klein Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C_DDOL_C-12-NC - No Cause Determ_DOC: 3/06

## NOTICE OF DELAWARE RIGHTS

*The Department of Labor Discrimination Unit provides the following excerpt from 19 Del. C. § 710, et seq. as information regarding the Delaware Right to Sue Notice. If you need legal advice, please seek your own legal counsel.*

### § 714. Civil action by the Charging Party; Delaware Right to Sue Notice; election of remedies.

(a)    A Charging Party may file a civil action in Superior Court, after exhausting the administrative remedies provided herein and receipt of a Delaware Right to Sue Notice acknowledging same.

(b)    The Delaware Right to Sue Notice shall include authorization for the Charging Party to bring a civil action under this Chapter in Superior Court by instituting suit within ninety (90) days of its receipt or within ninety (90) days of receipt of a Federal Right to Sue Notice, whichever is later.

(c)    The Charging Party shall elect a Delaware or federal forum to prosecute the employment discrimination cause of action so as to avoid unnecessary costs, delays and duplicative litigation. A Charging Party is barred by this election of remedies from filing cases in both Superior Court and the federal forum. If the Charging Party files in Superior Court and in a federal forum, the Respondent may file an application to dismiss the Superior Court action under this election of remedies provision.

### NOTICE OF FEDERAL RIGHTS

1.    If your case was also filed under federal law and resulted in a "No Cause" finding, you have additional appeal rights with the Equal Employment Opportunity Commission. Under Section 1601.76 of EEOC's regulations, you are entitled to request that EEOC perform a Substantial Weight Review of the DDOL's final finding. To obtain this review, you must request it by writing to EEOC within *15 days of your receipt* of DDOL's final finding in your case. Otherwise, EEOC will generally adopt the DDOL's findings.

2.    If your case was also filed under federal law, you have the right to request a federal Right to Sue Notice from the EEOC. To obtain such a federal Right to Sue Notice, you must make a written request directly to EEOC at the address shown below. Upon its receipt, EEOC will issue you a Notice of Right to Sue and you will have ninety (90) days to file suit. The issuance of a Notice of Right to Sue will normally result in EEOC terminating all further processing.

3.    Requests to the EEOC should be sent to:

Equal Employment Opportunity Commission
The Bourse, Suite 400
21 S. Fifth Street
Philadelphia, PA 19106-2515

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C_DDOL_C-13 Notice of Rights_DOC : 3/06

We, the Chancellor, Vice-Chancellor and Members of the Court of the Gujarat University certify that the withinsigned

Ashok Virchandbhai Shah

of          H. L. Commerce

College having been examined for the Degree of Bachelor of Commerce and placed in the Second Class, the Degree of

# Bachelor of Commerce

has been conferred on him at Ahmedabad, on the nineteenth day of the month of November in the year one thousand nine hundred and seventy four.

His Optional subject was Advanced Accounting & Auditing

In Testimony whereof are set the Seal of the said University and the Signature of the said Vice Chancellor.

Vice Chancellor.

# The Institute of
# Chartered Accountants of India



## Final Examination Certificate

*This is to certify that*

SHAH ASHOK VIRCHANDBHAI

*of* **********

*has passed*

(     XXXXXXXXXX     )

*the Final Examination*

*held by*

*The Institute of Chartered Accountants of India*

*in the month of*     MAY, 1989

*Given under the Common Seal of*

*The Institute of Chartered Accountants of India*

*this* EIGHTEENTH     *day of*     JULY, 1989

*Secretary*

*Examination Committee*

F
R    WILMINGTON COLLEGE
O    320 Du Pont Highway
M    New Castle, DE 19720

| COURSE | TITLE | ATTEMPT | EARN | GRD | PNTS |
|--------|-------|---------|------|-----|------|
| MBA-7200 C1 | Financial Management | 3.00 | 3.00 | A- | 11.01 |

---- Current ---- ---- Cumulative ----
Attempt Earned Points  GPA  Attempt Earned Points  GPA
Grad:  3.00   3.00  11.01  3.67    3.00   3.00  11.01  3.67

TO

SUMMER I 1996

Ashok V. Shah
1515 North DuPont Hwy
Red Rose Inn
New Castle, DE 19720
India



Lancaster Outlets

Kirkwood Hwy to 7 North (make
right at Howard Johnson's onto 7 North)
Goto 41 North (make left onto
41 North) Goto 741 West - make
left when you see sign. Make a
right @ first stop sign. Make @
right onto 896 North.

Leaving Rockvale Outlet - make
left then first right onto 896 South
make left at light. Follow 896 South
until you SEE sign for 741 East.
Take 741 East until you come to
stop sign. Turn left at stop sign then
turn right onto 41 South

LE Morris Bridge
40 E
Continue on 40 E until #5 + 40 E —
turn left @ light
Continue on 40 E until 47 + 40 E —
turn left @ light
Continue on 40 E — must goto the
right when you see Jct 322 —
take 322 E
Continue on 40 E to Pacific Ave
Taj Mahal on Pennsylvania Ave

Do Not Take Atlantic City
Expressway

Return

95 North to Exit 11 : 76 West
Make 1st left @ light after
crossing bridge

Widner University
Graduate Programs
ONE University Place
Chester
PA - 19013
(610) - 499 - 4305
302 - 478 - 3400   De. Programs

At 202 to Naamans Rd    Naamans Rd
to 95 North. Take exit 6 (Rtes 320 + 352)
At first light, turn left. Take right
at fork in the road. Go to 2nd light
+ turn right on 15th St. Take right
onto Walnut. Take left onto E. 14th
St. Visitor parking on left behind
Old Main Building.

Leave visitor parking - go to E 14th St
to Melrose Ave. turn right at light.
Go across bridge. take right at light.
onto E 12th St. At stop sign

FOULK RD to DOVER

Take 95 South to Exit 4
(Christiana Mall) This will be
Route 1 South. Continue on Rte 1
Go over C+D Canal bridge. Pay
1.00 toll. Continue on Rte 1/Rte 13
South - stay in right lane when you
see Rest Area 7miles sign. Follow
sign 13 South (Rest area + Smyrna)
Continue on 13 South to Dover.
Take N. State (ALT 13). Go straight
on Governors Blvd. Make a left
onto Loockerman St. Continue until
you see Federal St. make right
onto Federal St. If you miss left
turn onto Loockerman St go to next
street (E. North St.) make left onto
E. North St.

Return
From Federal St make left onto
Loockerman St. Go straight then
make right onto Governors Ave.
Continue on Governors Ave until 13 North
Make left onto 13 North.* Continue on
Rte 13/Rte 1 North. Pay 1.00 toll. Go

over C+D Canal Bridge. Take right
when you see I North 95 North
sign. Continue on I North until
you come to 95 North Exit.

*
or                                    I North
                                      SYMRNA
make right turn for Toll

215 632 1500

Franklin Mills Mall

95 North to Exit 24 Old
Rt 63 Woodhaven Rd New Exit-35
Follow road to Franklin
Mills Blvd

Return
95 2 lanes

stay
on
left

95 South
exit sumthn
very sarted runnd - (don't go to Twister entrance

Exit 8B
202 North, West Chester
Concord Pike
1st Traffic light stay in Right lane - make Right Turn
after 1st Th. light. 4 storey Bld. on Rgn

EMBASSY of India

2536 MASS AVE.
N. W.
WASHINGTON, D.C. 20008

Take I-95 South. The first toll is Delaware (2.00). Take Fort
McHenry Tunnel (First three lanes bear to right) Stay in far
left lane to get to toll. (1.00) Continue through tunnel. Follow
95 South to Washington. Take 95/495 South (left two lanes)
Washington/Richmond. Take exit 19B 50 West Washington.
Stay on 50 West; it will become New York Ave. From New York Ave
make a right onto Massachuetts Ave.


Take New York Ave back to 50 West. Take 295 North. Take
95 North Baltimore. Stay in right lanes. Continue on 95 North
to Fort McHenry Tunnel. After tunnel, pay toll (1.00).


Take New York Ave to 50 East. Follow signs to 95 North
Baltimore. Take exit 7B 95 North Baltimore (Left lane)
Continue to Exit 27 95 North (Right lanes)

$\rightarrow 4.40$

$$4.40$$
$$5.50$$
$$\overline{10.00}$$

$$\begin{array}{r} \text{Toll} \quad 6.00 \\ + \quad 2 \\ \text{Parking} \quad 3.00 \\ \hline 11.00 \end{array}$$

Return

Massachusetts Ave to 9th St. make right turn until ~~BCH~~
~~BHHAH~~ get into left lane then make 1st ~~left~~ left turn
onto K Street. Continue on K Street to 6th Street. Make
left turn onto 6th Street. Look for New York Ave between
K + L Streets. Make right turn on New York Ave. Take
New York Ave to 50 East. Follows signs to 95 North Baltimore.
Take exit 7B 95 North Baltimore (Left lane). Continue to exit
27 95 North (right lanes). Continue on 95 North to
Fort McHenry Tunnel. Pay $1.00 toll after tunnel. Continue
on 95 North

**LIBERTY TRAVEL**®

**CREDIT CARD FINAL PAYMENT RECEIPT**

Receipt Date: 08/10/00
Receipt Time: 12:41:44

LIBERTY TRAVEL
604 CHRISTIANA MALL
NEWARK, DE 19702
Tel: 302-366-1500

Departure Date: 08/18/00    Final Payment Date: 08/10/00    Batch #:12638б

MASTERCARD

File #: 2051805502    Name: SHAH ASHOK

Card #:    Charge Amount:    1018.00    Approval Code: 987549

Expire Date: 01/01

Travel Protection NOT INCLUDED with this payment

Description: CANADA

Signature: _____    NR

Cancellation/Revision Penalties

LIBERTY TRAVEL : Charge per person once trip is confirmed, TRAVEL PROTECTION is
50.00 non-refundable
HOTELS :     charge if cancelled/revised     . Days or less prior to arrival at hotel
. Days charge if cancelled/revised     . Days or less prior to arrival at hotel
TOUR OPERATORS / STEAMSHIP COMPANIES :
. Charge per person once trip is confirmed, plus
. Charge per person if cancelled  . Days or less prior to departure
. Charge per person if cancelled     . Days or less prior to departure
AIRLINES :
. Charge once ticket is issued, plus
. Charge if cancelled . Days or less prior to departure

# Citibank Platinum Select℠
## With NO ANNUAL FEE

Account Number

1-800-950-5114

BOX 6500
SIOUX FALLS, SD
57117

To report billing errors, write to this address or call us and not preserve your rights.

Payment must be received by 1:00 pm local time on 09/22/2000

| Statement/Closing Date | Total Credit Line | Cash Advance Limit | New Balance | Available Credit Line | Available Cash Lir |
|---|---|---|---|---|---|
| 08/29/2000 | $5800 | $1500 | $1511.64 | $4288 | $1500 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|
| 7/28 | 8/07 | 42672362 | PAYMENT THANK YOU | -1,627.89 |
| 7/29 | 7/29 | JRNRVV31 | BJ'S WHOLESALE #15 WOX NEW CASTLE DE | 9.49 |
| 7/29 | 7/29 | L79YY8LF | NAWA #840 NEW CASTLE DE | 6.23 |
| 7/29 | 7/29 | CM0*02N8 | GENUARDI'S #40 S3P WILMINGTON DE | 14.08 |
| 7/31 | 7/31 | WMZM2QLF | NAWA #840 NEW CASTLE DE | 6.31 |
| 8/01 | 8/01 | 7KYNNV31 | BJ'S WHOLESALE #15 WOX NEW CASTLE DE | 6.89 |
| 8/02 | 8/02 | 2CQPN1M8 | GENUARDI'S #40 S3P WILMINGTON DE | 15.14 |
| 8/03 | 8/03 | F901000I | JCP HOSP INS AUG 888-527-6808 TX | 8.95 |
| 8/03 | 8/03 | HHFP*XYLF | NAWA #840 NEW CASTLE DE | 9.63 |
| 8/03 | 8/05 | 4D4H4PGW | RICHMAN'S RESTAURANT PILESGROVE NJ | 12.58 |
| 8/05 | 8/05 | XDXNN1N8 | GENUARDI'S #40 S3P WILMINGTON DE | 12.66 |
| 8/05 | 8/07 | LM0P2TCS | KMART 00007110 CLAYMONT DE | 26.48 |
| 8/07 | 8/07 | 8XTNFGLF | NAWA #840 NEW CASTLE DE | 7.25 |
| 8/10 | 8/10 | DIQMP5BF | LIBERTY TRVL SALES HDQ 201-9343379 NJ | 1,018.00 |
| 8/10 | 8/10 | M99*02N8 | GENUARDI'S #40 S3P WILMINGTON DE | 16.79 |
| 8/11 | 8/11 | Z4ZTV9LF | NAWA #840 NEW CASTLE DE | 8.00 |
| 8/12 | 8/12 | MP286DX8 | BORDERS BOOKS & MUSIC1 WILMINGTON DE | 83.95 |
| 8/14 | 8/14 | 5X3LCHLF | NAWA #840 NEW CASTLE DE | 13.71 |
| 8/17 | 8/17 | *KBPD3F0 | BOSCOV DEPARTMENT STOR WILMINGTON DE | 29.99 |
| 8/17 | 8/17 | 9F44V3LF | NAWA #840 NEW CASTLE DE | 5.01 |
| 8/19 | 8/19 | R4SYPKMP | AERO CAR GIFT SHOP 93.14 NIAGARA FAL CAN | 65.12 |
| 8/20 | 8/20 | 9D2DHKMP | ZELLERS NIAGARA SQUARE 51.72 NIAGARA FALLS CAN | 36.16 |
| 8/20 | 8/20 | YVJ2SKMP | POLO RALPH LAUREN FACT 97.73 NIAGARA FALLS CAN | 68.34 |
| 8/22 | 8/22 | 7L9HNLLF | NAWA #840 NEW CASTLE DE | 4.75 |
| 8/23 | 8/23 | FTGNN1N8 | GENUARDI'S #40 S3P WILMINGTON DE | 15.73 |
| 8/24 | 8/24 | G*3H4PGW | RICHMAN'S RESTAURANT PILESGROVE NJ | 8.98 |

### Account Summary

| | Previous Balance | (+)Purchases & Advances | (-) Payments | (-) Credits | (+) Finance Charge | (+) Late Charges | (=)New Balance |
|---|---|---|---|---|---|---|---|
| Purchases | 1627.89 | 1511.64 | 1627.89 | | | | 1511.64 |
| Advances | | | | | | | |
| Total | 1627.89 | 1511.64 | 1627.89 | | | | 1511.64 |

### Amount Due

| | |
|---|---|
| Purchases Minimum Due | 31.00 |
| Advances Minimum Due | |
| Amount Over Credit Line | |
| Fees | |
| Past Due | |
| Minimum Amount Due | 31.00 |

### Rate Summary
Number of days this Billing Period 32

| | Purchases | Advances |
|---|---|---|
| Calculation Method | Daily | Daily |
| Periodic Rate | .046307% | .05476% |
| Nominal Annual Percentage Rate | 16.900% | 19.990% |
| Annual Percentage Rate | 16.900% | 19.990% |

Balance Subject to Finance Charge

SEND PAYMENTS TO: CITIBANK P.O. BOX 8119 S HACKENSACK, NJ 07606-8119          1193125
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE.

Make check or money order payable in U.S. dollars on a U.S. bank to Citibank. Include account number on check or money or. No cash please.

Reimbursed by ch # 1525

# Traveler's Tips

Tax Refunds I Currency Exchange I Customs and Immigration I Duty Free Shopping I Postage I Temperatures in Niagara I Directions/Maps I Speed Limits I Security Tips I Text Directions

For detailed information on accommodations, dining, etc. in Niagara Falls, please visit the Niagara Falls Canada Visitor & Convention Bureau



## G.S.T. Refunds

Non-resident visitors leaving Canada are entitled to rebates on Goods and Services Tax (GST) paid by them while in Canada for goods they are exporting.

Instant cash rebates can be claimed at Canadian Duty Free Stores located at international border crossings.

The following guidelines will assist the processing of your claim:
- Rebates are paid immediately on sums of $14.00 and over to a maximum of $500.
- Rebates apply to goods purchased for use outside Canada and removed from Canada. ($50.00 or more)
- All receipts must be originals.
- Receipt must clearly show that G.S.T. was paid, or included in the price.
- Proof of residency and photo identification are required.
- Rebates are paid on short term accommodation only (less than 30 days per accommodation).
- Frequent visitors may accumulate sales receipts over a calendar year and make a single claim through the mail-in program
- If any part of the claim is unclear, it may have to be mailed directly to Revenue Canada for assessment.

N.B. Rebates are NOT paid on the following items:
Services other than short term accommodation, alcoholic beverages, tobacco, motor fuels and basic groceries.

*For more information on G.S.T. rebates for visitors, call 1-800-66-VISIT from anywhere in Canada.*

## Currency Exchange

Rates of exchange vary from establishment to establishment. As there are no laws enforcing the rate of exchange on foreign currency, it is wise to change your money at a bank or a reputable currency exchange. Banks are generally open 10:00 a.m. to 4:00 p.m. Monday to Friday. An increasing number are open evenings and Saturday mornings.

Currency Exchange Centres are located at Official "green-roofed" Ontario travel Centres in the Niagara Region.

The Table Rock House Plaza, in the park near the brink of the Falls, has an exchange centre open seven days a week, offering the same rates as banks. For exchange rates or information call (905) 358-3268.

## Customs and Immigration

Citizens of the U.S. do not require passports to enter Canada, but must have personal identification such as a birth certificate or documentation proving status as resident alien. Residents of some countries do require visas. Check with the nearest Canadian Consulate office.

## Duty Free Shopping For Visitors

ASHOK V. SHAH,                    )
                    Plaintiff    )
                                  )
    v.                            )    Civil case # 1:07-cv-00554-SLR
                                  )
BANK OF AMERICA,                  )
                    Defendant    )

## CERTIFICATE OF SERVICE

I hereby certify that this the 04th April 2008,  true copy of the foregoing
Response to Request for Production of Documents and Property
Were served upon the Lawyer of the Defendant by U.S. Mail, postage prepaid
At the address set forth below:

                    MARGARET M. DIBIANCA,ESQ
                    YOUNG CONAWAY STARGATT & TAYLOR, LLP
                    THE BRANDYWINE BUILDING
                    1000 WEST STREET, 17TH FLOOR
                    WILMINGTON, DE-19801

ASHOK V. SHAH
P.O.BOX 1182
NEW CASTLE, DE-19720

ASHOK V. SHAH,                    )
               Plaintiff      )
                            )
    v.                           )   Civil case # 1:07-cv-00554-SLR
                            )
BANK OF AMERICA,                  )
               Defendant      )

## CERTIFICATE OF SERVICE

I hereby certify that this the 04th April 2008,  true copy of the foregoing
Response to Request for Production of Documents and Property
Were served upon the Lawyer of the Defendant by U.S. Mail, postage prepaid
At the address set forth below:

                      MARGARET M. DIBIANCA,ESQ
                      YOUNG CONAWAY STARGATT & TAYLOR, LLP
                      THE BRANDYWINE BUILDING
                      1000 WEST STREET, 17TH FLOOR
                      WILMINGTON, DE-19801

ASHOK V. SHAH
P.O.BOX 1182
NEW CASTLE, DE-19720