IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHOK V. SHAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 07-554-SLR/LPS |
| | ) |
| BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Bank of America, by and through the undersigned counsel, hereby moves for summary judgment in the above-captioned action pursuant to Federal Rule of Civil Procedure 56. The grounds for this Motion are set forth in Defendant's Opening Brief, which is filed simultaneously herewith.

Respectfully submitted,

*/s/ Margaret M. DiBianca, Esq.*

Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street; P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
E-mail: mdibianca@ycst.com

and

{Signatures continued on following page}

                Elena D. Marcus, Esquire (admitted *pro hac vice*)
                MCGUIRE WOODS LLP
                7 St. Paul Street, Suite 1000
                Baltimore, MD  21202
                Telephone:  (410) 659-4400
                Facsimile:  (410) 659-4547
                E-mail:  emarcuss@mcguirewoods.com

                *Attorneys for Defendant*

Dated: May 5, 2008

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, Esquire, do hereby certify that on May 5, 2008, I did file electronically file **Defendant's Motion for Summary Judgment** with the Court. I also certify that I caused two (2) copies of **Defendant's Motion for Summary Judgment** to be mailed via Certified Mail, return receipt requested, to the following plaintiff *pro se*:

>Ashok V. Shah
>P.O. Box 1182
>New Castle, Delaware 19720

>*/s/ Margaret M. DiBianca, Esq.*
>Margaret M. DiBianca