IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHOK V. SHAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07-554-SLR |
| ) | |
| BANK OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Bank of America, pursuant to Local Rule of Civil Practice for the District of Delaware 1.3, moves the Court to grant summary judgment in favor of Defendant and against Plaintiff Ashok Shah. The grounds for this motion are as follows:

1. On November 21, 2007, the Court issued a Scheduling Order in this matter that set May 5, 2008, as the deadline for summary judgment motions to be filed and May 19, 2008, as the deadline for any opposition thereto. (D.I. 9).

2. Defendant Bank of America timely filed its Motion for Summary Judgment and Opening Brief in Support on May 5, 2008. (D.I. 17-19).

3. As of August 21, 2008, Plaintiff has not filed any opposition to the Motion for Summary Judgment. Accordingly, Plaintiff has abandoned or failed to prosecute his claims diligently and failed to comply with the Rules of this Court relating to motions. Accordingly, Defendant's Motion for Summary Judgment should be determined against Plaintiff.

4. Further, as discussed in detail in Defendant's Opening Brief in Support of its Motion for Summary Judgment, there is no genuine dispute of material fact that could preclude summary judgment and Defendant is entitled to judgment as a matter of law on the merit of Plaintiff's claims.

WHEREFORE, for the foregoing reasons, Defendant Bank of America respectfully requests that the Court enter an order granting summary judgment in favor of Defendant and against Plaintiff.

Respectfully submitted,

*/s/ Margaret M. DiBianca*
Margaret M. DiBianca, Esq. (Bar I.D. 4539)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
E-mail:  mdibianca@ycst.com

and

Elena D. Marcuss, Esq. (admitted *pro hac vice*)
MCGUIRE WOODS LLP
7 St. Paul Street, Suite 1000
Baltimore, MD 21202
Telephone: (410) 659-4400
Facsimile: (410) 659-4547
E-mail: emarcuss@mcguirewoods.com

*Attorneys for Defendant*

Dated: August 21, 2008

## CERTIFICATE OF SERVICE

I, Margaret M. DiBianca, Esquire, do hereby certify that, on August 21, 2008, I did electronically file **DEFENDANT'S MOTION FOR ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Court. I also certify that I caused two (2) copies of **DEFENDANT'S MOTION FOR ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** to be mailed via U.S. Certified Mail, return receipt requested, to the following plaintiff *pro se*:

> Ashok V. Shah
> P.O. Box 1182
> New Castle, Delaware 19720

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Margaret M. DiBianca*
> Margaret M. DiBianca, Esq. (Bar I.D. 4539)
> The Brandywine Building, 17th Floor
> 1000 West Street
> P.O. Box 391
> Wilmington, DE  19899-0391
> Telephone: (302) 571-5008
> Facsimile: (302) 576-3476
> E-mail:  mdibianca@ycst.com
>
> *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASHOK V. SHAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 07-554-SLR |
| | ) |
| BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED this _____ day of _____, 2008, that Defendant's Motion for Summary Judgment (D.I. 17) is **GRANTED** and that Plaintiff's Complaint is dismissed in its entirety with prejudice.

_____
Judge Sue L. Robinson